# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **FRANKENMUTH MUTUAL**<br>**INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO.:**  2:20−cv−576 |
| | ) | |
| | ) | |
| **BROWN'S CLEARING, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT FOR DECLARATORY JUDGMENT

### EXHIBIT 2

 

1 MUTUAL AVENUE
FRANKENMUTH, MI
48787-0001

**Frankenmuth®**
INSURANCE

POLICY NO. **CPP6353400**    AGENT NO. **0010074**

# COMMERCIAL
 **POLICY**

BROWN'S CLEARING INC
PO BOX 190
ELMORE, AL 36025

## *Your 10-minute Insurance Checkup*

Thank you for choosing us for your Commercial Coverage. This package includes:
- Declarations which list your specific coverages, limits, and premiums.
- Forms and endorsements which provide the details of your coverage.

*Please review this package and file it in a convenient place for reference.*

BROWN'S CLEARING INC
PO BOX 190
ELMORE, AL 36025

### *KEEPING YOUR COVERAGE UP TO DATE*

 Each year, if labor rates or material costs change in your area, the value of your property, and the cost to repair or replace it may change. Structural modifications or additions to existing property may also alter your overall property value. In order to keep adequate levels of coverage on your property, we recommend periodic policy reviews with your agent.

### *COVERAGE ENHANCEMENTS*

Your Commercial Policy may contain Property and Liability coverage. Many addtional coverage enhancements are available to meet the specific needs of your business, from Umbrella Liability, Employment Practices Liability, Equipment Breakdown coverage, and E-Commerce protection. Contact your agent today for details on any of these and other special coverage options.

### *A COMPANY YOU CAN TRUST*

You have placed your trust in a company which has a Best's Rating of "A." This rating is a sign of our financial strength and ability to meet our financial obligations to policyholders. Our "A" rating says you can count on us to have the resources necessary to meet our coverage promises, and affirms our position as one of the industry's most financially sound insurance carriers.

If you have any billing questions, call 1-800-288-6121. Please have your billing account number available to access your account information.

**We look forward to serving you.**

FMIC
0001

 **Frankenmuth**
INSURANCE

INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY**

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | **CPP6353400** | 03/13/2017  to  03/13/2018 | **0010074** |

## Policyholder Disclosure
## Notice of Terrorism Insurance Coverage
## (Commercial Policies Except Commercial Auto,
## Commercial Umbrella, Employment Related Practices,
## Commercial Inland Marine and Workers' Compensation)

DATE ISSUED: 03/14/2017

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, that you have a right to purchase insurance coverage for losses resulting from acts of terrorism, as defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury - in concurrence with the Secretary of State, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM, SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES A PERCENTAGE OF COVERED TERRORISM LOSSES WHICH MAY EXCEED THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS THAT MAY BE COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

**GEORGIA, ILLINOIS, MAINE, NORTH CAROLINA, WISCONSIN:** In these states, a terrorism exclusion makes an exception for (and thereby provides coverage for) fire losses resulting from an act of terrorism. Therefore, if you reject the offer of terrorism coverage, that rejection does not apply to fire losses resulting from an act of terrorism - coverage for such fire losses will be provided in your policy (if this is a renewal policy: **will continue to be provided in your policy).** The additional premium just for such fire coverage is stated below. If you reject the offer described above for terrorism coverage, this premium is due.

### Acceptance or Rejection of Terrorism Insurance Coverage

☐ I hereby elect to purchase terrorism coverage for a prospective premium of $ __waived__ .

☐ I hereby decline to purchase terrorism coverage for certified acts of terrorism. I understand that an **exclusion** of certain terrorism losses will be made part of the policy.

If you decline this offer, the premium for terrorism (fire only) coverage is $ __waived__ .

| | | |
|---|---|---|
| **Policyholder/Applicant's Signature** | **Print Name** | **Date** |

Includes copyrighted material of the National Association of Insurance Commissioners, with its permission.   FM-1128(1-15)

 INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

## Policyholder Disclosure
## Notice of Terrorism Insurance
## Coverage (Commercial Liability
## Umbrella Coverage Part)

DATE ISSUED: 03/14/2017

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, that you have a right to purchase insurance coverage for losses resulting from acts of terrorism, as defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury - in concurrence with the Secretary of State, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM, SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES A PERCENTAGE OF COVERED TERRORISM LOSSES WHICH MAY EXCEED THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS THAT MAY BE COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

**Acceptance or Rejection of Terrorism Insurance Coverage**

☐ I hereby elect to purchase terrorism coverage for a prospective premium of $ _____ .

☐ I hereby decline to purchase terrorism coverage for certified acts of terrorism. I understand that I will have no coverage for losses resulting from certified acts of terrorism.

| Policyholder/Applicant's Signature | Print Name | Date |
|---|---|---|

Includes copyrighted material of the National Association of Insurance Commissioners, with its permission.     FM-1134(1-15)

FMIC
0003

 **INSURANCE**

INSURER:  **FRANKENMUTH MUTUAL INSURANCE COMPANY**

| **NAMED INSURED** | **POLICY NO.** | **POLICY TERM** | **AGENT NO.** |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017  to  03/13/2018 | **0010074** |

## Notice to Policyholders
## Restrictions of Coverage

This notice has been prepared in conjunction with the implementation of changes to your policy. It contains a brief synopsis of any significant broadenings, restrictions and clarifications of coverage. This notice does not reference every editorial change made in the endorsement. No coverage is provided by this notice nor can it be construed to replace any provisions of your policy.

Please read your policy, and the endorsements attached to your policy, carefully. If there is any conflict between the policy and this notice, **the provisions of the policy will prevail.**

We are advising you of change(s) in coverage to your insurance policy/policies. Only those coverages specified below are affected.

Pollution Exclusion form 14065(1-14) has been added to your Commercial Umbrella limiting pollution coverage to only what is provided on your Business Auto policy with one of the following forms:

CA 99 48 Pollution Liability -- Broadened Coverage for Covered Autos
08827 Pollution Liability -- Broadened Coverage for Covered Autos
08828 Pollution Liability -- Broadened Coverage for Covered Autos -- Garage Coverage Form
97240 Business Auto Plus

FM-1753(1-14)

 **Frankenmuth** *New*     *Commercial Policy*     *Page 1 of 2*

| | | | |
|---|---|---|---|
| INSURANCE | **NAMED INSURED**<br>BROWN'S CLEARING INC | **POLICY NO.**<br>CPP6353400 | **POLICY TERM**<br>03/13/2017 to 03/13/2018 | **AGENT NO.**<br>**0010074** |

| | | |
|---|---|---|
| **NAMED INSURED**<br>BROWN'S CLEARING INC<br>PO BOX 190<br>ELMORE, AL 36025 | *NEW*<br>**Declaration** | **POLICY NO.**<br>CPP 6353400<br><br>**BILLING ACCOUNT NO.**<br>6353400000 | **ISSUE DATE**<br>03/14/2017 |

**POLICY TERM**
03/13/2017 to 03/13/2018

**YOUR AGENCY IS:**
**ASSURED NEACE LUKENS INS AGCY**
5251 HAMPSTEAD HIGH UNIT 200
MONTGOMERY, AL 36116

**FORM OF BUSINESS**
Corporation

Phone (334) 270-6824 Agent No. 0010074-00

**INSURER:** FRANKENMUTH MUTUAL INSURANCE COMPANY

## Summary of Coverages and Premiums

### Premiums

*This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment. In return for the payment of the premium, and subject to all the terms of this policy, we agree to provide the insurance as stated in this policy.*

| COVERAGE PARTS | PREMIUM |
|---|---|
| Commercial General Liability Coverage Part | |
| Premium For Terrorism Coverage | |
| Business Auto Coverage* | |
| Commercial Umbrella* | |

**Total Annual Premium**

*\*Separate policies are provided for these coverages.*

### Policy Locations

**1**
6810 PINECREST DR
ELMORE, AL
ELMORE COUNTY 36025-2013

## Billing Information

*Your policy is billed on a monthly basis. A statement of account or payment schedule will be mailed to you shortly.*

| New | Commercial Policy | | Page 2 of 2 |
|---|---|---|---|
| **NAMED INSURED**<br>BROWN'S CLEARING INC | **POLICY NO.**<br>CPP6353400 | **POLICY TERM**<br>03/13/2017 to 03/13/2018 | **AGENT NO.**<br>0010074 |

## Forms and Endorsements

The following is a list of the forms and endorsements that make up your policy. Refer to these as needed for detailed information concerning your coverage. Some of these forms were provided when you first purchased your insurance. If you have added new coverages or if the form describing a coverage has changed since you purchased or last renewed your policy, a new copy of the form may be found in this package. An asterisk (*) indicates a new or updated version is included in this package (agent's package will not include updated forms, but will include notices to policyholders).

| TITLE | FORM NUMBER | EDITION DATE | PREMISES/ BUILDING |
|---|---|---|---|
| ***Policy Level*** | | | |
| Calculation of Premium | IL0003 | 9-08 | ALL |
| Common Policy Conditions | IL0017 | 11-98 | ALL |
| Membership Information | 05671 | 7-10 | ALL |
| Witness Clause | 08826 | 7-10 | ALL |
| ***General Liability*** | | | |
| Commercial General Liability Coverage Form (Occurrence) | CG0001 | 12-07 | ALL |
| Recording & Dist of Material or Info in Violation of Law Exc | CG0068 | 5-09 | ALL |
| Contractual Liability Limitation | CG2139 | 10-93 | ALL |
| Employment-Related Practices Exclusion | CG2147 | 12-07 | ALL |
| Cap on Losses from Certified Acts of Terrorism | CG2170 | 1-15 | ALL |
| Conditional Exclusion of Terrorism | CG2187 | 1-15 | ALL |
| Silica or Silica-Related Dust Exclusion | CG2196 | 3-05 | ALL |
| Nuclear Energy Liability Exclusion Endorsement | IL0021 | 9-08 | ALL |
| Disclosure Pursuant to Terrorism Risk Insurance Act | IL0985 | 1-15 | ALL |
| Limited Fungi or Bacteria Coverage | 02547 | 7-11 | ALL |
| Absolute Asbestos Exclusion | 93068 | 7-11 | ALL |
| Commercial Liability Plus | 95187 | 3-09 | ALL |
| Lead Contamination Exclusion | 96210 | 7-11 | ALL |

FMIC
0006

 **Frankenmuth** INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY
INSURANCE **NAMED INSURED**           **POLICY NO.**      **POLICY TERM**                    **AGENT NO.**
BROWN'S CLEARING INC        CPP6353400        03/13/2017 to 03/13/2018      **0010074**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## Calculation Of Premium

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was com-
puted based on rates in effect at the time the policy
was issued. On each renewal, continuation, or anni-
versary of the effective date of this policy, we will
compute the premium in accordance with our rates
and rules then in effect.

© ISO Properties, Inc., 2007

IL 00 03 09 08

FMIC
0007



INSURER:  FRANKENMUTH MUTUAL INSURANCE COMPANY

*Page 1 of 2*

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017  to  03/13/2018 | **0010074** |

## Common Policy Conditions

All Coverage Parts included in this policy are subject to the following conditions.

### A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due.  If we cancel, the refund will be pro rata.  If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

### B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

### C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

### D. INSPECTIONS AND SURVEYS

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public.  And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

### E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

### F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

© Copyright, Insurance Services Office, Inc., 1998

IL 00 17 11 98

FMIC

0008

 **Frankenmuth**
INSURANCE

INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY**

*Page 2 of 2*

**NAMED INSURED**
BROWN'S CLEARING INC

**POLICY NO.**
CPP6353400

**POLICY TERM**
03/13/2017 to 03/13/2018

**AGENT NO.**
**0010074**

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

© Copyright, Insurance Services Office, Inc., 1998

IL 00 17 11 98
FMIC
0009



**INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY**

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

## Membership Information

**Mutual Insurance Company Conditions:**

The policyholder is a member of the Company and shall participate to the extent and upon the conditions fixed and determined by the Board of Directors in accordance with the provisions of law, in the distribution of dividends so fixed and determined.

**Non-Assessable:**

This policy is non-assessible and the premiums designated herein, and in the endorsements attached hereto, are the only premiums for which the insured shall be liable.

**Notice of Annual Meeting:**

The annual meeting of this company shall be held on the last Tuesday in April of each year, at 2:30 o'clock P.M. at its home office in Frankenmuth, Michigan, or in such other place as the Secretary may designate by advertisement and/or notice, duly posted at said office.

*Frank C. Eld*

President

05671(7-10)

 **Frankenmuth**
INSURANCE

INSURER:  FRANKENMUTH MUTUAL INSURANCE COMPANY

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017  to  03/13/2018 | **0010074** |

## Witness Clause

In Witness Whereof, the company has caused this policy to be executed and attested, and if required by state law, this policy shall not be valid unless countersigned by duly authorized representatives of the company.

_____
President

_____
Secretary

08826(7-10)

 **Frankenmuth** *New* | *Commercial Policy* | *Page 1 of 1*
INSURANCE

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | 0010074 |

**INSURER:** FRANKENMUTH MUTUAL INSURANCE COMPANY

## Commercial General Liability Coverage

### Limits of Insurance

| COVERAGE | LIMIT |
| --- | --- |
| General Aggregate Limit (Other than Products - Completed Operations) | $2,000,000 |
| Products - Completed Operations Aggregate Limit | $2,000,000 |
| Each Occurrence Limit | $1,000,000 |
| Personal and Advertising Injury Limit | $1,000,000 |
| Medical Expense Limit, any one person | $5,000 |
| Fire Damage Limit, any one fire | $500,000 |

### Classification Schedule

| PREMISES | DESCRIPTION AND DETAILS OF CLASSIFICATION | | | | | PREMIUM |
| --- | --- | --- | --- | --- | --- | --- |
| **ALL** | COMMERCIAL LIABILITY PLUS | | | | | |
| | **STATE** | **TERRITORY** | **CLASS CODE** | **DEDUCTIBLE** | **PREMIUM BASIS** | |
| | AL | 503 | 85010 | None | 1 Flat Charge | |
| | **Premises Operations** | | | | | |
| **1** | GRADING OF LAND | | | | | |
| | **STATE** | **TERRITORY** | **CLASS CODE** | **DEDUCTIBLE** | **PREMIUM BASIS** | |
| | AL | 503 | 95410 | None | $0 Payroll | |
| **1** | TREE PRUNING, DUSTING, SPRAYING, REPAIRING, TRIMMING OR FUMIGATING | | | | | |
| | INCLUDING PRODUCTS-COMPLETED OPERATIONS | | | | | |
| | **STATE** | **TERRITORY** | **CLASS CODE** | **DEDUCTIBLE** | **PREMIUM BASIS** | |
| | AL | 503 | 99777 | None | $51,640 Payroll | |
| | **Premises Operations** | | | | | |

*Premises Operations - Total Premium*

**Total Commercial General Liability Coverage Premium**

FMIC
0012



**INSURER:  FRANKENMUTH MUTUAL INSURANCE COMPANY**

Frankenmuth
I N S U R A N C E

**NAMED INSURED**
BROWN'S CLEARING INC

*Page 1 of 18*

**POLICY NO.**
CPP6353400

**POLICY TERM**
03/13/2017  to  03/13/2018

**AGENT NO.**
**0010074**

## Commercial General Liability Coverage Form

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II -- Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V -- Definitions.

### SECTION I -- COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III -- Limits Of Insurance; and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments -- Coverages A and B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II -- Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II -- Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II -- Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or



| INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY | | | *Page 2 of 18* |
|---|---|---|---|
| **NAMED INSURED** BROWN'S CLEARING INC | **POLICY NO.** CPP6353400 | **POLICY TERM** 03/13/2017 to 03/13/2018 | **AGENT NO.** **0010074** |

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

 **Frankenmuth** INSURANCE

INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY

*Page 3 of 18*

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

f. **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

 **Frankenmuth** INSURANCE

| INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY | | | *Page 4 of 18* |
|---|---|---|---|
| **NAMED INSURED**<br>BROWN'S CLEARING INC | **POLICY NO.**<br>CPP6353400 | **POLICY TERM**<br>03/13/2017 to 03/13/2018 | **AGENT NO.**<br>**0010074** |

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of:

(a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

(b) the operation of any of the machinery or equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

h. **Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i. **War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;



| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

j. **Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III -- Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

k. **Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

l. **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m. **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

© ISO Properties, Inc., 2007



| | | | |
|---|---|---|---|
| **NAMED INSURED**<br>BROWN'S CLEARING INC | **POLICY NO.**<br>CPP6353400 | **POLICY TERM**<br>03/13/2017 to 03/13/2018 | **AGENT NO.**<br>**0010074** |

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

o.  **Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

p.  **Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

q.  **Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III -- Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

1.  **Insuring Agreement**

a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III -- Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments -- Coverages A and B.

b.  This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2.  **Exclusions**

This insurance does not apply to:

a.  **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

b.  **Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

© ISO Properties, Inc., 2007



INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY** | *Page 7 of 18*

NAMED INSURED
BROWN'S CLEARING INC | POLICY NO.
**CPP6353400** | POLICY TERM
03/13/2017  to   03/13/2018 | AGENT NO.
**0010074**

c.  **Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

d.  **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

e.  **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f.  **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g.  **Quality Or Performance Of Goods -- Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

h.  **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

i.  **Infringement Of Copyright, Patent, Trademark or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

j.  **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of websites for others; or

(3) An internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs 14.a., b. and c. of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k.  **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

l.  **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m.  **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

n.  **Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or



| | | |
|---|---|---|
| INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY** | | *Page 8 of 18* |
| **NAMED INSURED**<br>BROWN'S CLEARING INC | **POLICY NO.**<br>CPP6353400 | **POLICY TERM**<br>03/13/2017 to 03/13/2018 | **AGENT NO.**<br>**0010074** |

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

o. **War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

p. **Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**COVERAGE C MEDICAL PAYMENTS**

1. **Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions**

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

 **Frankenmuth** INSURANCE

| INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY** | | | *Page 9 of 18* |
|---|---|---|---|
| **NAMED INSURED** BROWN'S CLEARING INC | **POLICY NO.** CPP6353400 | **POLICY TERM** 03/13/2017 to 03/13/2018 | **AGENT NO.** **0010074** |

e. **Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded under Coverage A.

**SUPPLEMENTARY PAYMENTS -- COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   a. All expenses we incur.

   b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

   These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

   a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   b. This insurance applies to such liability assumed by the insured;

   c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

   d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

   e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

   f. The indemnitee:

      (1) Agrees in writing to:

         (a) Cooperate with us in the investigation, settlement or defense of the "suit";

         (b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

         (c) Notify any other insurer whose coverage is available to the indemnitee; and

         (d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

      (2) Provides us with written authorization to:

         (a) Obtain records and other information related to the "suit"; and

         (b) Conduct and control the defense of the indemnitee in such "suit".

© ISO Properties, Inc., 2007

CG 00 01 12 07



INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY **Page 10 of 18**

NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO.
BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074**

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I -- Coverage A -- Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

## SECTION II -- WHO IS AN INSURED

1.  If you are designated in the Declarations as:

    a.  An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    b.  A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

    c.  A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

    d.  An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

    e.  A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2.  Each of the following is also an insured:

    a.  Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

        (1) "Bodily injury" or "personal and advertising injury":

            (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

            (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

            (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

            (d) Arising out of his or her providing or failing to provide professional health care services.

        (2) "Property damage" to property:

            (a) Owned, occupied or used by,

            (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by



| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III -- LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C;

b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage A; and

b. Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

© ISO Properties, Inc., 2007



| INSURER: | FRANKENMUTH MUTUAL INSURANCE COMPANY | | *Page 12 of 18* |
| NAMED INSURED | | POLICY NO. | POLICY TERM | AGENT NO. |
| BROWN'S CLEARING INC | | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

## SECTION IV -- COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance**

   If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

   a. **Primary Insurance**

      This insurance is primary except when Paragraph b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph c. below.

   b. **Excess Insurance**

      (1) This insurance is excess over:

         (a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

            (i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

            (ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;


**INSURANCE**

INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY**

**NAMED INSURED**
BROWN'S CLEARING INC

**POLICY NO.**
CPP6353400

**POLICY TERM**
03/13/2017 to 03/13/2018

*Page 13 of 18*

**AGENT NO.**
**0010074**

(iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I -- Coverage A -- Bodily Injury And Property Damage Liability.

(b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

(2) When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. **Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

© ISO Properties, Inc., 2007

CG 00 01 12 07



| INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY | | | **Page 14 of 18** |

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

7. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V -- DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph a. above; or

c. All other parts of the world if the injury or damage arises out of:

(1) Goods or products made or sold by you in the territory described in Paragraph a. above;

(2) The activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business; or

(3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

 **INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY**

**Frankenmuth** INSURANCE

*Page 15 of 18*

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

---

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

    a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    b. While it is in or on an aircraft, watercraft or "auto"; or

    c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

    but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    b. Vehicles maintained for use solely on or next to premises you own or rent;

© ISO Properties, Inc., 2007

CG 00 01 12 07



INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY

**Page 16 of 18**

| INSURANCE **NAMED INSURED** | **POLICY NO.** | **POLICY TERM** | **AGENT NO.** |
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   (1) Power cranes, shovels, loaders, diggers or drills; or

   (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   (2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   (1) Equipment designed primarily for:

      (a) Snow removal;

      (b) Road maintenance, but not construction or resurfacing; or

      (c) Street cleaning;

   (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    a. False arrest, detention or imprisonment;

    b. Malicious prosecution;

    c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    d. Oral or written publication, in any manner, of material that slanders a person or organization or disparages a person's or organization's goods, products or services;

    e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

    f. The use of another's advertising idea in your "advertisement"; or

    g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

    a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

       (1) Products that are still in your physical possession; or

© ISO Properties, Inc., 2007



**INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY**    *Page 17 of 18*

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

  (a) When all of the work called for in your contract has been completed.

  (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

  (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or sub-contractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

  (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

  (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

  (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

  (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

    (a) You;

    (b) Others trading under your name; or

    (c) A person or organization whose business or assets you have acquired; and

  (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**Frankenmuth** INSURANCE   INSURER:  **FRANKENMUTH MUTUAL INSURANCE COMPANY**   *Page 18 of 18*

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

b.  Includes:

   (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

   (2) The providing of or failure to provide warnings or instructions.

c.  Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a.  Means:

   (1) Work or operations performed by you or on your behalf; and

   (2) Materials, parts or equipment furnished in connection with such work or operations.

b.  Includes:

   (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

   (2) The providing of or failure to provide warnings or instructions.

© ISO Properties, Inc., 2007

CG 00 01 12 07

FMIC
0030

 **Frankenmuth** INSURANCE

INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY**

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## Recording And Distribution Of Material Or Information In Violation Of Law Exclusion

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. Exclusion q. of Paragraph 2. **Exclusions** of Section I -- **Coverage A -- Bodily Injury And Property Damage Liability** is replaced by the following:

2. **Exclusions**

This insurance does not apply to:

q. **Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

B. Exclusion p. of Paragraph 2. **Exclusions** of Section I -- **Coverage B -- Personal And Advertising Injury Liability** is replaced by the following:

2. **Exclusions**

This insurance does not apply to:

p. **Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

© Insurance Services Office, Inc., 2008

 **INSURANCE**

INSURER:   FRANKENMUTH MUTUAL INSURANCE COMPANY

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017  to  03/13/2018 | **0010074** |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## Contractual Liability Limitation

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the DEFINITIONS Section is replaced by the following:

"Insured contract" means:

a.  A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b.  A sidetrack agreement;

c.  Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d.  An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e.  An elevator maintenance agreement.

© Copyright, Insurance Services Office, Inc., 1992

CG 21 39 10 93



INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY**

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## Employment-Related Practices Exclusion

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph 2., **Exclusions** of Section I -- **Coverage A -- Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the injury-causing event described in Paragraphs (a), (b) or (c) above occurs before employment, during employment or after employment of that person;

(2) Whether the insured may be liable as an employer or in any other capacity; and

(3) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

B. The following exclusion is added to Paragraph 2., **Exclusions** of Section I -- **Coverage B -- Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the injury-causing event described in Paragraphs (a), (b) or (c) above occurs before employment, during employment or after employment of that person;

(2) Whether the insured may be liable as an employer or in any other capacity; and

(3) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

© ISO Properties, Inc., 2006

CG 21 47 12 07

FMIC

0033

 **Frankenmuth** INSURANCE

INSURER:  **FRANKENMUTH MUTUAL INSURANCE COMPANY**

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## Cap On Losses From Certified Acts Of Terrorism

This endorsement modifies insurance provided under the following:

     COMMERCIAL GENERAL LIABILITY COVERAGE PART
     LIQUOR LIABILITY COVERAGE PART
     OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
     POLLUTION LIABILITY COVERAGE PART
     PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
     RAILROAD PROTECTIVE LIABILITY COVERAGE PART
     UNDERGROUND STORAGE TANK POLICY

A.  If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1.  The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

B.  The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

CG 21 70 01 15

FMIC
0034



| INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY | | | *Page 1 of 3* |
|---|---|---|---|
| **NAMED INSURED** BROWN'S CLEARING INC | **POLICY NO.** CPP6353400 | **POLICY TERM** 03/13/2017 to 03/13/2018 | **AGENT NO.** **0010074** |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# Conditional Exclusion Of Terrorism (Relating To Disposition Of Federal Terrorism Risk Insurance Act)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

A. **Applicability Of The Provisions Of This Endorsement**

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Part or Policy; or

   b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

      (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

      (2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

      (3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

2. If the provisions of this endorsement become applicable, such provisions:

   a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and

   b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

© Insurance Services Office, Inc., 2015

CG 21 87 01 15

FMIC
0035

 **Frankenmuth** INSURANCE

INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY

*Page 2 of 3*

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

B. The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   a. That involve the following or preparation for the following:

      (1) Use or threat of force or violence; or

      (2) Commission or threat of a dangerous act; or

      (3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   b. When one or both of the following applies:

      (1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      (2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or Policy.

C. The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or

   b. Protracted and obvious physical disfigurement; or

   c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs C.5. or C.6. are exceeded.

© Insurance Services Office, Inc., 2015

 **Frankenmuth**
INSURANCE

| INSURER:   FRANKENMUTH MUTUAL INSURANCE COMPANY | | | *Page 3 of 3* |
|---|---|---|---|
| **NAMED INSURED**<br>BROWN'S CLEARING INC | **POLICY NO.**<br>CPP6353400 | **POLICY TERM**<br>03/13/2017 to 03/13/2018 | **AGENT NO.**<br>**0010074** |

With respect to this Exclusion, Paragraphs C.5. and C.6. describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part or Policy.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

CG 21 87 01 15

FMIC

0037

 **Frankenmuth** INSURANCE   INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY**

| | | | |
|---|---|---|---|
| **NAMED INSURED**<br>BROWN'S CLEARING INC | **POLICY NO.**<br>CPP6353400 | **POLICY TERM**<br>03/13/2017 to 03/13/2018 | **AGENT NO.**<br>**0010074** |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## Silica Or Silica-Related Dust Exclusion

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph 2., **Exclusions** of **Section I -- Coverage A -- Bodily Injury And Property Damage Liability:**

  2. **Exclusions**

  This insurance does not apply to:

  **Silica Or Silica-Related Dust**

  a. "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

  b. "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

  c. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

B. The following exclusion is added to Paragraph 2., **Exclusions** of **Section I -- Coverage B -- Personal And Advertising Injury Liability:**

  2. **Exclusions**

  This insurance does not apply to:

  **Silica Or Silica-Related Dust**

  a. "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

  b. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

C. The following definitions are added to the **Definitions** Section:

  1. "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

  2. "Silica-related dust" means a mixture or combination of silica and other dust or particles.

© ISO Properties, Inc., 2004

CG 21 96 03 05

FMIC

0038



| | INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY** | | | *Page 1 of 2* |
|---|---|---|---|---|
| **NAMED INSURED**<br>BROWN'S CLEARING INC | | **POLICY NO.**<br>**CPP6353400** | **POLICY TERM**<br>03/13/2017  to  03/13/2018 | **AGENT NO.**<br>**0010074** |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## Nuclear Energy Liability Exclusion Endorsement
## (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

IL 00 21 09 08

FMIC

0039

 **Frankenmuth** INSURANCE

| INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY | | | *Page 2 of 2* |
|---|---|---|---|
| **NAMED INSURED**<br>BROWN'S CLEARING INC | **POLICY NO.**<br>CPP6353400 | **POLICY TERM**<br>03/13/2017 to 03/13/2018 | **AGENT NO.**<br>**0010074** |

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

    (a) Any "nuclear reactor";

    (b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

    (c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

    (d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007



| INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY | | | *Page 1 of 2* |
|---|---|---|---|
| **NAMED INSURED** BROWN'S CLEARING INC | **POLICY NO.** CPP6353400 | **POLICY TERM** 03/13/2017 to 03/13/2018 | **AGENT NO.** **0010074** |

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

## Disclosure Pursuant To
## Terrorism Risk Insurance Act

### SCHEDULE

| SCHEDULE - PART I |
|---|
| **Terrorism Premium (Certified Acts)   $** |
| **This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):** |
| **Additional information, if any, concerning the terrorism premium:** |

| SCHEDULE - PART II | | | |
|---|---|---|---|
| **Federal share of terrorism losses** | 85 | **% Year: 20** | 15 |
| | 84 | **% Year: 20** | 16 |
| | 83 | **% Year: 20** | 17 |
| | 82 | **% Year: 20** | 18 |
| | 81 | **% Year: 20** | 19 |
| | 80 | **% Year: 20** | 20 |
| (Refer to Paragraph B. in this endorsement.) | | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A. **Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

B. **Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part II of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

© Insurance Services Office, Inc., 2015

IL 09 85 01 15

FMIC
0041



| INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY | | | | *Page 2 of 2* |
| --- | --- | --- | --- | --- |
| **NAMED INSURED**<br>BROWN'S CLEARING INC | **POLICY NO.**<br>CPP6353400 | **POLICY TERM**<br>03/13/2017 to 03/13/2018 | | **AGENT NO.**<br>**0010074** |

C. **Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015

IL 09 85 01 15

FMIC

0042

 **Frankenmuth** INSURANCE

| INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY** | | | *Page 1 of 2* |
|---|---|---|---|
| **NAMED INSURED**<br>BROWN'S CLEARING INC | **POLICY NO.**<br>CPP6353400 | **POLICY TERM**<br>03/13/2017 to 03/13/2018 | **AGENT NO.**<br>**0010074** |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## Limited Fungi Or Bacteria Coverage

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART

### SCHEDULE

| **Fungi and Bacteria Liability Aggregate Limit** | **$ 50,000** |
|---|---|

A. The following applies to the Commercial General Liability Coverage Part:

  1. The following exclusion is added to Paragraph 2., Exclusions of **Section I -- Coverage B -- Personal And Advertising Injury Liability:**

    **2. Exclusions**

    This insurance does not apply to:

    a. "Personal and advertising injury" arising out of a "fungi or bacteria incident".

    b. Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, re-mediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

  2. Coverage provided by this insurance for "bodily injury" or "property damage", arising out of a "fungi or bacteria incident", is subject to the Fungi and Bacteria Liability Aggregate Limit as described in Paragraph A.3. of this endorsement. This provision A.2. does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

  3. The following are added to **Section III -- Limits of Insurance:**

    a. Subject to Paragraphs 2. and 3. of Section III -- Limits of Insurance, as applicable, the Fungi and Bacteria Liability Aggregate Limit shown in the Schedule of this endorsement is the most we will pay under Coverage A for all "bodily injury" or "property damage" and Coverage C. for Medical Payments arising out of one or more "fungi or bacteria incidents". This provision A.3.a. does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

    b. Paragraph 5., the Each Occurrence Limit, Paragraph 6., the Damage To Premises Rented To You Limit, and Paragraph 7., the Medical Expense Limit, of Section III -- Limits of Insurance continue to apply to "bodily injury" or "property damage" arising out of a "fungi or bacteria incident" but only if, and to the extent that, limits are available under the Fungi and Bacteria Liability Aggregate Limit.

B. The following applies to the Owners and Contractors Protective Liability Coverage and Railroad Protective Liability Coverage Parts:

  1. Coverage provided by this insurance for "bodily injury" or "property damage", arising out of a "fungi or bacteria incident", is subject to the Fungi and Bacteria Liability Aggregate Limit as described in Paragraph B.2. of this endorsement. This provision B.1. does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

 **Frankenmuth**
INSURANCE

INSURER:  FRANKENMUTH MUTUAL INSURANCE COMPANY

*Page 2 of 2*

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017  to  03/13/2018 | **0010074** |

2. The following are added to **Section III -- Limits of Insurance:**

    a. Subject to Paragraph 2. of Section III -- Limits of Insurance, the Fungi and Bacteria Liability Aggregate Limit shown in the Schedule of this endorsement is the most we will pay for all "bodily injury" or "property damage" arising out of one or more "fungi or bacteria incidents". This provision does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

    b. Paragraph 3., the Each Occurrence Limit continues to apply to "bodily injury" or "property damage" arising out of a "fungi or bacteria incident" but only if, and to the extent that, limits are available under the Fungi and Bacteria Liability Aggregate Limit.

C. The following applies to the Commercial General Liability, Owners and Contractors Protective Liability Coverage and Railroad Protective Liability Coverage Parts:

    1. The following definitions are added to the **Definitions** Section:

        a. "Fungi" means any type or form of fungus, including, but not limited to, mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

        b. "Fungi or bacteria incident" means an incident which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.  © ISO Properties, Inc., 2001

02547(7-11)

FMIC
0044

 **Frankenmuth**
INSURANCE

INSURER:  **FRANKENMUTH MUTUAL INSURANCE COMPANY**

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017  to  03/13/2018 | **0010074** |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## Absolute Asbestos Exclusion

This endorsement modifies insurance provided under the following:

    BUSINESSOWNERS COVERAGE FORM
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    GARAGE LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART

Coverage is not provided for "bodily injury", "property damage" or "personal and advertising injury" arising, in whole or in part, out of or in any way related to "asbestos".

The term "asbestos", as used in this exclusion means any type or form of asbestos, including, but not limited to, asbestos, asbestos products, asbestos fibers, asbestos dust and asbestos contained in products or materials.

93068(7-11)



| INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY** | | | *Page 1 of 7* |
|---|---|---|---|
| **NAMED INSURED**<br>BROWN'S CLEARING INC | **POLICY NO.**<br>CPP6353400 | **POLICY TERM**<br>03/13/2017 to 03/13/2018 | **AGENT NO.**<br>**0010074** |

## Commercial Liability Plus

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

### COVERAGE

1.  Additional Insured Broad Form Vendors
2.  Amendment of General Aggregate
3.  Borrowed Equipment
4.  Duties in the Event of Occurrence, Claim or Suit
5.  Fire, Lightning, or Explosion Damage
6.  Health Care Services
7.  Liberalization Clause
8.  Medical Payments
9.  Mobile Equipment
10. Non-Owned Watercraft
11. Product Recall
12. Supplementary Payments
13. Transfer of Rights of Recovery Against Others To Us
14. Voluntary Property Damage
15. Volunteers As Additional Insureds
16. Water Damage Legal Liability

This endorsement is subject to the provisions applying to the Commercial General Liability Coverage Form, except as described below:

1.  **Additional Insured Broad Form Vendors**

    Under **Section II -- Who Is An Insured,** the following is added:

    a.  Any person or organization with whom you agreed, because of a written contract or written agreement to provide insurance, but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

    b.  The insurance afforded the vendor does not apply to:

        (1) "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

        (2) Any express warranty unauthorized by you;

        (3) Any physical or chemical change in the product made intentionally by the vendor;

        (4) Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instruction from the manufacturer, and then repackaged in the original container;

        (5) Any failure to make such inspection, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business in connection with the sale of the product;

        (6) Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

        (7) Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient in any thing or substance by or for the vendor.

    c.  This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

95187(3-09)

FMIC
0046

 **Frankenmuth** INSURANCE

| INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY | | | *Page 2 of 7* |
|---|---|---|---|
| **NAMED INSURED** BROWN'S CLEARING INC | **POLICY NO.** CPP6353400 | **POLICY TERM** 03/13/2017 to 03/13/2018 | **AGENT NO.** **0010074** |

2. **Amendment -- Aggregate Limits of Insurance**

   a. The General Aggregate Limit under LIMITS OF INSURANCE (Section III) applies separately to each of your:

   (1) Projects away from premises owned by or rented to you; and

   (2) "Locations" owned by or rented to you.

   "Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

3. **Borrowed Equipment**

   a. Exclusion j. of COVERAGE A (Section I) is amended as follows:

   Paragraph (4) of this exclusion does not apply to "property damage" to borrowed equipment while not being used to perform operations at the job site.

   b. This insurance is excess over any other valid and collectible property insurance (including any deductible portion thereof) available to the insured whether primary, excess, contingent or on any other basis.

4. **Duties in the Event of Occurrence, Claim or Suit**

   a. The requirement in condition 2.a. that you must see to it that we are notified of an "occurrence" applies only when the "occurrence" is known to:

   (1) You, if you are an individual;

   (2) A partner, if you are a partnership; or

   (3) An executive officer or insurance manager, if you are a corporation.

   b. The requirement in condition 2.b. that you must see to it that we receive notice of a claim or "suit" will not be considered breached unless the breach occurs after such claim or "suit" is known to:

   (1) You, if you are an individual;

   (2) A partner, if you are a partnership; or

   (3) An executive officer or insurance manager, if you are a corporation.

5. **Fire, Lightning or Explosion Damage**

   a. The word "fire" is amended to "fire, lightning or explosion" where it appears in:

   (1) The Limits of Insurance section of the Declarations; and

   (2) Paragraph b. of the OTHER INSURANCE condition.

   b. Paragraph 6. of LIMITS OF INSURANCE is amended to read:

   6. Subject to 5. above, the Fire, Lightning or Explosion Damage Limit is the most we will pay under Coverage A for damages because of "property damage" to premises, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire.

   c. The last paragraph of COVERAGE A (Section I) (after the exclusions) is replaced by the following:

   Exclusions c. through n. do not apply to damage by fire, lightning or explosion to premises rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (Section III).

   d. The Fire Damage Limit in Paragraph 6. of LIMITS OF INSURANCE (Section III) is replaced by a new Fire, Lightning or Explosion Limit, which will be subject to all of the terms of LIMITS OF INSURANCE (Section III). The new Fire, Lightning or Explosion Limit is the higher of:

   (1) $500,000; or

   (2) The amount shown in the Declarations for Fire Damage Limit.

   This provision 5. does not apply if Fire Damage Legal Liability of COVERAGE A (Section I) is excluded either by the provisions of the Commercial General Liability Coverage Form or by endorsement.



INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY

**Frankenmuth** INSURANCE

| | | | | |
|---|---|---|---|---|
| **NAMED INSURED** | | **POLICY NO.** | **POLICY TERM** | **AGENT NO.** |
| BROWN'S CLEARING INC | | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

*Page 3 of 7*

6. **Health Care Services**

   a. The definition of "bodily injury" in the DEFINITIONS section is amended to include injury arising out of the rendering or failure to render medical or paramedical services to persons by any physician, dentist, nurse, emergency medical technician or paramedic who is employed by you to provide such services.

   b. Paragraph 2.a.(1)(d) of WHO IS AN INSURED (Section II) does not apply to nurses, emergency medical technicians or paramedics referred to in a. above.

   c. Paragraph (1) of exclusion e. of COVERAGE A (Section I) does not apply to injury to the emotions or reputation of a person arising out of the rendering of such services.

   d. This provision 6. does not apply if you are engaged in the business or occupation of providing any services referred to in a. above.

7. **Liberalization Clause**

   The following is added to the Common Policy Conditions and supersedes any provision to the contrary:

   If we adopt any revision that would broaden the coverage under this policy without additional premium charge, the broader coverage will apply to this policy when the change becomes effective in your state.

8. **Medical Payments**

   a. In Paragraph a.(3)(b) of the insuring agreement of COVERAGE C (Section I), one year is changed to three years.

   b. Paragraph 2.a., Exclusions, of COVERAGE C (Section I) is replaced by the following:

   We will not pay expenses for "bodily injury":

   a. To any insured, except volunteer workers who are not paid a fee, salary or other compensation.

   c. The Medical Expense Limit in Paragraph 7. of LIMITS OF INSURANCE (Section III) is replaced by a new Medical Expense Limit, which will be subject to all the terms of LIMITS OF INSURANCE (Section III). The new Medical Expense Limit is an additional $5,000 in excess of Medical Expense Limit provided by the Coverage Part.

   d. This provision 8. does not apply if COVERAGE C. MEDICAL PAYMENTS is excluded either by the provisions of the Commercial General Liability Coverage Form or by endorsement.

   e. This provision 8. applies in excess of any other valid and collectible insurance (including any deductible portion thereof) available to the insured whether primary, excess, contingent or on any other basis.

9. **Mobile Equipment**

   Under the DEFINITIONS section, Paragraph f.(1)(a), (b) and (c) of **Mobile Equipment** does not apply to self-propelled vehicles of less than 1,000 pounds gross vehicle weight.

10. **Non-Owned Watercraft**

    a. Exclusion g. of COVERAGE A (Section I) does not apply to any watercraft under 51 feet long that is neither:

       (1) Owned by you; nor

       (2) Being used to carry persons for a charge.

    b. This provision 10. applies to any person who, with your expressed or implied consent, either uses or is responsible for the use of a watercraft.

    c. This provision 10. does not apply if the insured has any other insurance for "bodily injury" or "property damage" liability that would also be covered under this provision, whether the other insurance is primary, excess, contingent or on any other basis. In that case, this provision 10. does not provide any insurance.

11. **Product Recall**

    a. **Coverage**

       (1) We will pay for "product recall expense" which you incur as a result of an "incident".

       (2) The amount that we will pay for "product recall expense" is limited as described under Limit of Insurance below.

    b. **Exclusions**

       This insurance does not apply to "product recall expense" incurred as a result of:

       (1) A retail or service operation.

95187(3-09)

FMIC
0048

 **Frankenmuth** INSURANCE

| | |
|---|---|
| **INSURER:** FRANKENMUTH MUTUAL INSURANCE COMPANY | *Page 4 of 7* |

| **NAMED INSURED** BROWN'S CLEARING INC | **POLICY NO.** CPP6353400 | **POLICY TERM** 03/13/2017 to 03/13/2018 | **AGENT NO.** **0010074** |
|---|---|---|---|

(2) Any condition likely to cause a loss known by you, or which should have been known by you, to exist prior to the effective date of this coverage.

(3) Any product or batch of products known to be defective.

(4) Any product distributed after the determination that a recall was necessary for that product.

(5) The failure of any product to accomplish its intended purpose.

(6) Any breach of warranty.

(7) The recall of any product solely because the product exceeded its shelf life or became obsolete.

(8) "Tampering" by, or with the prior knowledge of, you or any of your owners, partners, directors or officers.

(9) Any product with no known or suspected defect that is recalled because of a known or suspected defect in another product.

(10) Any redistribution or replacement of a recalled product by a like or substitute product.

(11) An "incident":

   (a) Arising out of an organization you newly acquire or form; and

   (b) That occurred before you acquired or formed the organization.

**c. Deductible**

We will not pay for "product recall expense" in any one "incident" until the amount of "product recall expense" exceeds the deductible amount of $500. We will then pay the amount of "product recall expense" in excess of the deductible up to the Limit of Insurance.

**d. Participation Percentage**

You agree to participate in the payment of "product recall expense" which exceeds the deductible amount by a Participation Percentage of 20 percent.

**e. Limit of Insurance**

The most we will pay under this Additional Coverage after the application of the Participation Percentage and regardless of the number of "incidents" is $50,000.

**f. Conditions**

(1) **Duties in the Event of an "Incident"**

When an "incident" has occurred or you become aware of circumstances that may result in an "incident" you must:

   (a) Notify us promptly in writing;

   (b) Cease the shipping, distribution or release of any of "your product" that may be defective until it has been determined that such products are free from any defect that may cause a loss under this coverage;

   (c) Cooperate with us in the investigation and settlement of the claim;

   (d) As often as may be reasonably required, permit us to inspect any of "your product" claimed to be defective and take samples for testing and analysis;

   (e) Permit us to view your books and records for the purpose of determining the extent of the loss.

(2) **Abandonment**

There can be no abandonment of property to us.

**g. Definitions**

(1) "Incident" means a determination during the policy period by you or by a governmental authority that the use or consumption of "your product" could result in "bodily injury" or "property damage" which necessitates the recovery of possession or control of "your product" from any distributor, purchaser or user, or the destruction of such products.

For the purposes of this definition a determination has occurred when a governmental authority has requested you to conduct a recall or you have publicly announced your intention to conduct a recall.

95187(3-09)

FMIC
0049


**INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY**

*Page 5 of 7*

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

(2) "Product recall expense" means the reasonable and necessary costs incurred by you for the recall of "your product" consisting of any of the following:

(a) Postage, printing, telephone communication charges, or the cost of radio, television or newspaper advertisements to announce the recall or to give instructions to consumers or distributors regarding the necessary return or destruction of any recalled product;

(b) The cost of shipping "your product" from any purchaser, distributor or user to the place or places designated by you including reasonable charges made by the purchaser, distributor or user for their actual expenses associated with preparing the shipment;

(c) Wages paid to your temporary employees;

(d) Wages paid to your regular employees, other than your salaried employees, for overtime work;

(e) Travel expenses incurred by you or your employees;

(f) Rental and utility expenses incurred by you for temporary storage facilities;

(g) The actual cost of disposal of "your product", but only to the extent that specific methods of destruction or disposal other than those usually employed for trash disposal are required to avoid "bodily injury" to any person or "property damage" to the property of others;

(h) Reasonable charges made to you by the purchaser, distributor, or user of "your product" for their actual expenses of preparing "your product";

but only when such costs or expenses are incurred exclusively for the purpose of, or as a direct result of, the recall of "your product".

(3) "Tampering" means an actual or alleged, intentional, malicious and wrongful alteration or contamination of "your product" which renders it unfit or dangerous for use or consumption or conveys that impression to the public.

(4) "Your product" means:

(a) "Any goods or products other than real property, manufactured, sold, handled, or distributed by:

(i) You;

(ii) Others trading under your name; or

(iii) A person or organization whose business or assets you have acquired; and

(b) Containers (other than vehicles), materials, parts or equipment furnished in conjunction with such goods or products.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

h. Exclusion n. (SECTION I, COVERAGE A) does not apply to the coverage provided by this endorsement.

12. **Supplementary Payments**

In the SUPPLEMENTARY PAYMENTS – COVERAGES A AND B provision:

a. The limit for the cost of bail bonds is amended from $250 to $2,500; and

b. The limit for loss of earnings is changed from $250 a day to $500 a day.

13. **Transfer of Rights of Recovery Against Others To Us**

Transfer of Rights of Recovery Against Others To Us is amended by the addition of the following:

We waive any right of recovery we may have against any person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" included in the "products-completed operations hazard" when you have assumed liability for such injury or damage under an "insured contract".

95187(3-09)



| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

### 14. Voluntary Property Damage

a. Exclusion j.(4) of COVERAGE A (Section I) does not apply to personal property of others in your care, custody or control on which you are performing operations, provided that the "occurrence" takes place away from property you own, rent or occupy.

b. Exclusions j.(5) and j.(6) of COVERAGE A (Section I) do not apply to the first $5,000 of "property damage" for each "occurrence" provided that the "occurrence" takes place away from property you own, rent or occupy.

c. We will pay at the request of the named insured, for loss or damage to the property of others covered in the above extension subject to a limit of $5,000 for each "occurrence" and a $250 deductible for each claim. If we so request, the named insured shall replace the damaged property or furnish the labor and materials necessary for repairs at actual cost to the insured, excluding profit or overhead charges.

d. The Limit of Liability stated in the Declarations for Liability and Medical Payments DOES NOT APPLY to the Voluntary Property Damage coverage provided in this provision 14.

e. The Limit of Liability applicable to this Voluntary Property Damage provision 14. is as follows:

Limit of Liability:

$5,000 Each "Occurrence"
$10,000 Aggregate

"Aggregate limit", as used in this provision 14., refers to the total limit of liability for any annual policy period, regardless of the number of "occurrences", insureds, claims made, or "suits" brought during that annual policy period.

### 15. Volunteers As Additional Insureds

WHO IS AN INSURED (Section II) is amended to include as an insured any person(s) who are volunteer worker(s) for you, but only while acting at the direction of, and within the scope of their duties for you. However, no volunteer worker(s) are insureds for:

a. "Bodily injury" or "personal injury":

(1) To you, to your partners or members (if you are a partnership or joint venture), to your other volunteer worker(s) or to your "employees" arising out of and in the course of their duties for you;

(2) To the spouse, child, parent, brother or sister of your volunteer worker(s) or your "employees" as a consequence of Paragraph a.(1) above;

(3) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs a.(1) or (2) above; or

(4) Arising out of his or her providing or failing to provide professional health care services.

b. "Property damage" to property:

(1) Owned, occupied, or used by;

(2) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by you, any of your other volunteer worker(s), your "employees" or, if you are a partnership or joint venture, any partner or member.

### 16. Water Damage Legal Liability

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "property damage" arising out of water damage to premises that are both rented to and occupied by you. The most we will pay for all "property damage" arising out of any one "occurrence" is $50,000.



INSURER:  FRANKENMUTH MUTUAL INSURANCE COMPANY

*Page 7 of 7*

NAMED INSURED
BROWN'S CLEARING INC

POLICY NO.
CPP6353400

POLICY TERM
03/13/2017  to  03/13/2018

AGENT NO.
**0010074**

b.   Coverage for Water Damage Legal Liability does not apply to:

(1)   "Property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

(2)   "Property damage" caused by or resulting from any of the following:

(a)   Wear and tear;

(b)   Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(c)   Smog or smoke;

(d)   Settling, cracking, shrinking or expansion;

(e)   Insects, birds, rodents or other animals; or

(f)   Mechanical breakdown, including rupture or bursting caused by centrifugal force.

(3)   "Property damage" caused directly or indirectly by any of the following:

(a)   Any earth movement, such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting;

(b)   Volcanic eruption, explosion or effusion;

(c)   Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(d)   Mudslide or mudflow;

(e)   Water that backs up from a sewer or drain; or

(f)   Water under the ground surface pressing on, or flowing or seeping through:

(i)   Foundations, walls, floors or paved surfaces;

(ii)   Basements, whether paved or not; or

(iii)   Doors, windows or other openings.

(4)   "Property damage" caused by or resulting from any of the following:

(a)   Water that leaks or flows from any plumbing, heating, air conditioning or fire protection system caused by or resulting from freezing, unless:

(i)   You make a reasonable effort to maintain heat in the building or structure; or

(ii)   You drain the equipment and shut off the water supply if the heat is not maintained.

(5)   "Property damage" to:

(a)   Plumbing, heating, air conditioning, fire protection systems, or other equipment or appliances; or

(b)   The interior of the premises caused by or resulting from rain or snow, whether driven by wind or not.

95187(3-09)

FMIC
0052

 **INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY**

| NAMED INSURED<br>BROWN'S CLEARING INC | POLICY NO.<br>CPP6353400 | POLICY TERM<br>03/13/2017 to 03/13/2018 | AGENT NO.<br>**0010074** |
|---|---|---|---|

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## Lead Contamination Exclusion

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> BUSINESSOWNERS COVERAGE FORM
> COMMERCIAL GENERAL LIABILITY COVERAGE FORM
> COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
> GARAGE COVERAGE FORM
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART

This insurance does not apply to:

1. "Bodily injury", "property damage", "personal injury" or "personal and advertising injury" arising out of, resulting from, or in any way caused or contributed to by the actual, alleged or threatened ingestion, inhalation, absorption of, exposure to, or presence of lead in any form emanating from any source; or

2. Any loss, cost or expense arising out of any:

   a. Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of lead; or

   b. Claim or "suit" by or on behalf of any governmental authority for damages resulting from testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effects of lead.

We will not be obligated to investigate, defend or indemnify any insured or any other person or entity claiming any right under this insurance, for the matters excluded in this endorsement.

96210(7-11)

 **Frankenmuth** INSURANCE *New*

| | *Commercial Liability Umbrella Insurance* | | **Page 1 of 2** |
|---|---|---|---|

**NAMED INSURED**
BROWN'S CLEARING INC

**POLICY NO.**
CPP6353400

**POLICY TERM**
03/13/2017 to 03/13/2018

**AGENT NO.**
**0010074**

---

*Item 1.* **NAMED ASSURED AND POLICY ADDRESS**
BROWN'S CLEARING INC
PO BOX 190
ELMORE, AL 36025

*NEW*
# Declaration
*We value your business and hope to serve you for many years to come.*

**POLICY NO.**
CPP6353400

**ISSUE DATE**
03/14/2017

**BILLING ACCOUNT NO.**
6353400000

**POLICY TERM**
03/13/2017 to 03/13/2018

**YOUR AGENCY IS:**
**ASSURED NEACE LUKENS INS AGCY**
5251 HAMPSTEAD HIGH UNIT 200
MONTGOMERY, AL 36116

**FORM OF BUSINESS**
Corporation

Phone (334) 270-6824 Agent No. 0010074-00

**INSURER:** FRANKENMUTH MUTUAL INSURANCE COMPANY

---

## Summary of Limits and Premiums

### Limits of Insurance

| COVERAGE | LIMIT |
|---|---|
| Each Occurrence Limit(Liability Coverage) | $1,000,000 |
| Personal and Advertising Injury(any one person or organization) | $1,000,000 |
| Aggregate Limit(Liability Coverage)(except with respect to "covered autos") | $1,000,000 |
| Self-insured Retention | $10,000 |
| Premium for Terrorism Coverage | Waived |

**Minimum Premium**  [X] **Flat Annual Premium**

---

## Forms and Endorsements

*The following is a list of the forms and endorsements that make up your policy. Refer to these as needed for detailed information concerning your coverage. Some of these forms were provided when you first purchased your insurance. If you have added new coverages or if the form describing a coverage has changed since you purchased or last renewed your policy, a new copy of the form may be found in this package. An asterisk (\*) indicates a new or updated version is included in this package (agent's package will not include updated forms, but will include notices to policyholders).*

| TITLE | FORM NUMBER | EDITION DATE | PREMISES/ BUILDING |
|---|---|---|---|
| ***Umbrella*** | | | |
| Commercial Liability Umbrella Coverage Form | CU0001 | 12-07 | ALL |
| Recording & Dist of Material or Info in Violation of Law Exc | CU0004 | 5-09 | ALL |
| Contractual Liability Limitation | CU2107 | 12-05 | ALL |
| Nuclear Engergy Liability Exclusion Endorsement | CU2123 | 2-02 | ALL |
| Fungi or Bacteria Exclusion | CU2127 | 12-04 | ALL |
| Cap on Losses From Certified Acts of Terrorism | CU2130 | 1-15 | ALL |
| Conditional Excl of Terrorism (Relating to Fed Terr Act) | CU2144 | 1-15 | ALL |
| Silica or Silica-Related Dust Exclusion | CU2150 | 3-05 | ALL |
| Common Policy Conditions | IL0017 | 11-98 | ALL |
| Disclosure Pursuant to Terrorism Risk Insurance Act | IL0985 | 1-15 | ALL |
| Pollution Exclusion | 14065 | 1-14 | ALL |
| Membership Information | 05671 | 7-10 | ALL |

---

88954(9-07)        *INSUREDS COPY*                        D/B

FMIC
0054

| *New* | *Commercial Liability Umbrella Insurance* | | *Page 2 of 2* |
|---|---|---|---|
| **NAMED INSURED**<br>BROWN'S CLEARING INC | **POLICY NO.**<br>CPP6353400 | **POLICY TERM**<br>03/13/2017 to 03/13/2018 | **AGENT NO.**<br>**0010074** |

## Forms and Endorsements

| TITLE | FORM NUMBER | EDITION DATE | PREMISES/ BUILDING |
|---|---|---|---|
| General Liability Limitation | 05681 | 4-07 | ALL |
| Witness Clause | 08826 | 7-10 | ALL |
| Absolute Asbestos Exclusion | 94093 | 9-05 | ALL |
| Lead Contamination Exclusion | 96210 | 7-11 | ALL |

## Schedule of Underlying Insurance

### Commercial General Liability - Minimum Applicable Limits

**Carrier -** FRANKENMUTH MUTUAL INS. CO.
**Policy No. -** CPP6353400
**Term -** 03/13/2017 to 03/13/2018

| | |
|---|---|
| General Aggregate | $2,000,000 |
| Products - Completed<br>    Operations Aggregate | $2,000,000 |
| Personal and Advertising<br>    Injury | $1,000,000 |
| Each Occurrence | $1,000,000 |

### Automobile Liability - Limits

**Carrier -** FRANKENMUTH MUTUAL INS. CO.
**Policy No. -** BA 6353400
**Term -** 03/13/2017 to 03/13/2018

| | |
|---|---|
| BI - Each Person | |
| BI - Each Accident | |
| PD - Each Accident | |
| BI & PD Combined Each Accident | $1,000,000 |



| INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY** | | | *Page 1 of 19* |
|---|---|---|---|
| **NAMED INSURED** BROWN'S CLEARING INC | **POLICY NO.** CPP6353400 | **POLICY TERM** 03/13/2017 to 03/13/2018 | **AGENT NO.** **0010074** |

## Commercial Liability Umbrella Coverage Form

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II -- Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V -- Definitions.

### SECTION I -- COVERAGES

### COVERAGE A -- BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1.  **Insuring Agreement**

    a.  We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking damages for such "bodily injury" or "property damage" when the "underlying insurance" does not provide coverage or the limits of "underlying insurance" have been exhausted. When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other "suit" seeking damages to which this insurance may apply. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. At our discretion, we may investigate any "occurrence" that may involve this insurance and settle any resultant claim or "suit", for which we have the duty to defend. But:

        (1) The amount we will pay for the "ultimate net loss" is limited as described in Section III -- Limits Of Insurance; and

        (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments -- Coverages A and B.

b.  This insurance applies to "bodily injury" and "property damage" only if:

    (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    (2) The "bodily injury" or "property damage" occurs during the policy period; and

    (3) Prior to the policy period, no insured listed under Paragraph 1.a. of Section II -- Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c.  "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1.a. of Section II -- Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d.  "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1.a. of Section II -- Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

    (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

    (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or



INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY**

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017  to  03/13/2018 | **0010074** |

*Page 2 of 19*

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

This insurance does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

This exclusion does not apply to the extent that valid "underlying insurance" for the liquor liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance.

d. **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e. **E.R.I.S.A.**

Any obligation of the insured under the Employees' Retirement Income Security Act (E.R.I.S.A.), and any amendments thereto or any similar federal, state or local statute.

f. **Auto Coverages**

(1) "Bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" which is not a "covered auto"; or

(2) Any loss, cost or expense payable under or resulting from any first party physical damage coverage; no-fault law; personal injury protection or auto medical payments coverage; or uninsured or underinsured motorist law.



INSURER:  FRANKENMUTH MUTUAL INSURANCE COMPANY

**NAMED INSURED**
BROWN'S CLEARING INC

POLICY NO.
**CPP6353400**

POLICY TERM
03/13/2017 to 03/13/2018

*Page 3 of 19*

AGENT NO.
**0010074**

g.  **Employer's Liability**

"Bodily injury" to:

(1)  An "employee" of the insured arising out of and in the course of:

(a)  Employment by the insured; or

(b)  Performing duties related to the conduct of the insured's business; or

(2)  The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

With respect to injury arising out of a "covered auto", this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits. For the purposes of this insurance, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

This exclusion does not apply to the extent that valid "underlying insurance" for the employer's liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance.

h.  **Employment-Related Practices**

"Bodily injury" to:

(1)  A person arising out of any:

(a)  Refusal to employ that person;

(b)  Termination of that person's employment; or

(c)  Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(2)  The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies whether the injury-causing event described in Paragraphs (a), (b) or (c) above occurs before employment, during employment or after employment of that person.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

i.  **Pollution**

(1)  "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time; or

(2)  "Pollution cost or expense".

This exclusion does not apply if valid "underlying insurance" for the pollution liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance".

j.  **Aircraft Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

© ISO Properties, Inc., 2007

CU 00 01 12 07



INSURER:  **FRANKENMUTH MUTUAL INSURANCE COMPANY**                                                      *Page 4 of 19*

**NAMED INSURED**                              **POLICY NO.**          **POLICY TERM**                    **AGENT NO.**
BROWN'S CLEARING INC              CPP6353400         03/13/2017  to  03/13/2018        **0010074**

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

    (a) Less than 50 feet long; and

    (b) Not being used to carry persons or property for a charge;

(3) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft.

(4) The extent that valid "underlying insurance" for the aircraft or watercraft liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" or "property damage". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance; or

(5) Aircraft that is:

    (a) Chartered by, loaned to, or hired by you with a paid crew; and

    (b) Not owned by any insured.

k.  **Racing Activities**

"Bodily injury" or "property damage" arising out of the use of "mobile equipment" or "autos" in, or while in practice for, or while being prepared for, any prearranged professional or organized racing, speed, demolition, or stunting activity or contest.

l.  **War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

m.  **Damage To Property**

"Property damage" to:

(1) Property:

    (a) You own, rent, or occupy including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property; or

    (b) Owned or transported by the insured and arising out of the ownership, maintenance or use of a "covered auto".

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.



INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY**                              *Page 5 of 19*

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

Paragraphs (1)(b), (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraphs (3) and (4) of this exclusion do not apply to liability assumed under a written Trailer Interchange agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**n.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**o.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**p.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1)  A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2)  A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**q.  Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1)  "Your product";

(2)  "Your work"; or

(3)  "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**r.  Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**s.  Professional Services**

"Bodily injury" or "property damage" due to rendering or failure to render any professional service. This includes but is not limited to:

(1)  Legal, accounting or advertising services;

(2)  Preparing, approving, or failing to pre-pare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifi-cations by any architect, engineer or surveyor performing services on a project on which you serve as construction manager;

(3)  Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager;

(4)  Engineering services, including related supervisory or inspection services;

(5)  Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

(6)  Any health or therapeutic service treat-ment, advice or instruction;

(7)  Any service, treatment, advice or instruc-tion for the purpose of appearance or skin enhancement, hair removal or replace-ment, or personal grooming or therapy;

(8)  Any service, treatment, advice or instruc-tion relating to physical fitness, including service, treatment, advice or instruction in connection with diet, cardio-vascular fitness, body building or physical training programs;

(9)  Optometry or optical or hearing aid services including the prescribing, prepar-ation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;



INSURER:   FRANKENMUTH MUTUAL INSURANCE COMPANY                    *Page 6 of 19*

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017  to  03/13/2018 | **0010074** |

(10) Body piercing services;

(11) Services in the practice of pharmacy; but this exclusion does not apply if you are a retail druggist or your operations are those of a retail drugstore;

(12) Law enforcement or firefighting services; and

(13) Handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

**t.   Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

This exclusion does not apply if valid "underlying insurance" for the electronic data risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance", unless otherwise directed by this insurance.

**u.   Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**COVERAGE B -- PERSONAL AND ADVERTISING INJURY LIABILITY**

**1.   Insuring Agreement**

a.   We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking damages for such "personal and advertising injury" when the "underlying insurance" does not provide coverage or the limits of "underlying insurance" have been exhausted. When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other "suit" seeking damages to which this insurance may apply. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. At our discretion, we may investigate any offense that may involve this insurance and settle any resultant claim or "suit", for which we have the duty to defend. But:

(1) The amount we will pay for the "ultimate net loss" is limited as described in Section III -- Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments -- Coverages A and B.

b.   This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.



2. **Exclusions**

This insurance does not apply to:

a. "Personal and advertising injury":

(1) **Knowing Violation Of Rights Of Another**

Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

(2) **Material Published With Knowledge Of Falsity**

Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

(3) **Material Published Prior To Policy Period**

Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

(4) **Criminal Acts**

Arising out of a criminal act committed by or at the direction of the insured.

(5) **Contractual Liability**

For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to:

(a) Liability for damages that the insured would have in the absence of the contract or agreement.

(b) Liability for false arrest, detention or imprisonment assumed in a contract or agreement.

(6) **Breach Of Contract**

Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

(7) **Quality Or Performance Of Goods -- Failure To Conform To Statements**

Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

(8) **Wrong Description Of Prices**

Arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

(9) **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

(10) **Insureds In Media And Internet Type Businesses**

Committed by an insured whose business is:

(a) Advertising, broadcasting, publishing or telecasting;

(b) Designing or determining content of websites for others; or

(c) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs 14.a., b. and c. of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

(11) **Electronic Chatrooms Or Bulletin Boards**

Arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.



(12) **Unauthorized Use Of Another's Name Or Product**

Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

(13) **Pollution**

Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

(14) **Employment-Related Practices**

To:

(a) A person arising out of any:

   (i) Refusal to employ that person;

   (ii) Termination of that person's employment; or

   (iii) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(b) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs (i), (ii) or (iii) above is directed.

This exclusion applies whether the injury-causing event described in Paragraphs (i), (ii) or (iii) above occurs before employment, during employment or after employment of that person.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

(15) **Professional Services**

Arising out of the rendering or failure to render any professional service. This includes but is not limited to:

(a) Legal, accounting or advertising services;

(b) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager;

(c) Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager.

(d) Engineering services, including related supervisory or inspection services;

(e) Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

(f) Any health or therapeutic service treatment, advice or instruction;

(g) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement, or personal grooming or therapy;

(h) Any service, treatment, advice or instruction relating to physical fitness, including service, treatment, advice or instruction in connection with diet, cardio-vascular fitness, body building or physical training programs;

(i) Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

(j) Body piercing services;

 **Frankenmuth**
INSURANCE

INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY

*Page 9 of 19*

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

(k) Services in the practice of pharmacy; but this exclusion does not apply if you are a retail druggist or your operations are those of a retail drugstore;

(l) Law enforcement or firefighting services; and

(m) Handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

(16) **War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(a) War, including undeclared or civil war;

(b) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(c) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

(17) **Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(a) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(b) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(c) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

b. "Pollution cost or expense".

**SUPPLEMENTARY PAYMENTS -- COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend, when the duty to defend exists:

   a. All expenses we incur.

   b. Up to $2000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "occurrence" we cover. We do not have to furnish these bonds.

   c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

   These payments will not reduce the limits of insurance.

2. When we have the right but not the duty to defend the insured and elect to participate in the defense, we will pay our own expenses but will not contribute to the expenses of the insured or the "underlying insurer".

© ISO Properties, Inc., 2007

CU 00 01 12 07

FMIC
0064

**Frankenmuth** INSURANCE

| | | | |
|---|---|---|---|
| INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY** | | | *Page 10 of 19* |
| NAMED INSURED<br>BROWN'S CLEARING INC | POLICY NO.<br>CPP6353400 | POLICY TERM<br>03/13/2017 to 03/13/2018 | AGENT NO.<br>**0010074** |

3. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

   a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   b. This insurance applies to such liability assumed by the insured;

   c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

   d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

   e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

   f. The indemnitee:

      (1) Agrees in writing to:

         (a) Cooperate with us in the investigation, settlement or defense of the "suit";

         (b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

         (c) Notify any other insurer whose coverage is available to the indemnitee; and

         (d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

      (2) Provides us with written authorization to:

         (a) Obtain records and other information related to the "suit"; and

         (b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I -- Coverage A -- Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

## SECTION II -- WHO IS AN INSURED

1. Except for liability arising out of the ownership, maintenance or use of "covered autos":

   a. If you are designated in the Declarations as:

      (1) An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

      (2) A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

      (3) A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

      (4) An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

      (5) A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

© ISO Properties, Inc., 2007

 **Frankenmuth** INSURANCE

| INSURER: | FRANKENMUTH MUTUAL INSURANCE COMPANY | | *Page 11 of 19* |
|---|---|---|---|

| NAMED INSURED | | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|---|
| BROWN'S CLEARING INC | | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

b.  Each of the following is also an insured:

(1) Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

(a) "Bodily injury" or "personal and advertising injury":

(i) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" in the course of his or her employment or performing duties related to the conduct of your business or to your other "volunteer workers" while performing duties related to the conduct of your business;

(ii) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (a)(i) above; or

(iii) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (a)(i) or (ii) above.

(b) "Property damage" to property:

(i) Owned, occupied or used by,

(ii) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

(2) Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

(3) Any person or organization having proper temporary custody of your property if you die, but only:

(a) With respect to liability arising out of the maintenance or use of that property; and

(b) Until your legal representative has been appointed.

(4) Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

c.  Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

(1) Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

(2) Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

(3) Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

2.  Only with respect to liability arising out of the ownership, maintenance or use of "covered autos":

a.  You are an insured.

b.  Anyone else while using with your permission a "covered auto" you own, hire or borrow is also an insured except:

(1) The owner or anyone else from whom you hire or borrow a "covered auto". This exception does not apply if the "covered auto" is a trailer or semitrailer connected to a "covered auto" you own.

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

(2) Your "employee" if the "covered auto" is owned by that "employee" or a member of his or her household.

(3) Someone using a "covered auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

(4) Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a "covered auto".

(5) A partner (if you are a partnership), or a member (if you are a limited liability company) for a "covered auto" owned by him or her or a member of his or her household.

(6) "Employees" with respect to "bodily injury" to any fellow "employee" of the insured arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

c. Anyone liable for the conduct of an insured described above is also an insured, but only to the extent of that liability.

3. Any additional insured under any policy of "underlying insurance" will automatically be an insured under this insurance.

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance required by the contract, less any amounts payable by any "underlying insurance".

Additional insured coverage provided by this insurance will not be broader than coverage provided by the "underlying insurance".

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III -- LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made, "suits" brought, or number of vehicles involved; or

c. Persons or organizations making claims or bringing "suits".

2. The Aggregate Limit is the most we will pay for the sum of all "ultimate net loss" under:

a. Coverage A, except "ultimate net loss" because of "bodily injury" or "property damage" arising out of the ownership, maintenance or use of a "covered auto"; and

b. Coverage B.

3. Subject to Paragraph 2. above, the Each Occurrence Limit is the most we will pay for the sum of all "ultimate net loss" under Coverage A because of all "bodily injury" and "property damage" arising out of any one "occurrence".

4. Subject to Paragraph 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all "ultimate net loss" because of all "personal and advertising injury" sustained by any one person or organization.

5. If there is "underlying insurance" with a policy period that is non-concurrent with the policy period of this Commercial Liability Umbrella Coverage Part, the "retained limit(s)" will only be reduced or exhausted by payments for:

a. "Bodily injury" or "property damage" which occurs during the policy period of this Coverage Part; or

b. "Personal and advertising injury" for offenses that are committed during the policy period of this Coverage Part.

However, if any "underlying insurance" is written on a claims-made basis, the "retained limit(s)" will only be reduced or exhausted by claims for that insurance that are made during the policy period, or any Extended Reporting Period, of this Coverage Part.

The Aggregate Limit, as described in Paragraph 2. above, applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

© ISO Properties, Inc., 2007

CU 00 01 12 07



| INSURER:   FRANKENMUTH MUTUAL INSURANCE COMPANY | | | *Page 13 of 19* |
|---|---|---|---|
| **NAMED INSURED**<br>BROWN'S CLEARING INC | **POLICY NO.**<br>CPP6353400 | **POLICY TERM**<br>03/13/2017 to 03/13/2018 | **AGENT NO.**<br>**0010074** |

## SECTION IV -- CONDITIONS

1. **Appeals**

   If the "underlying insurer" or insured elects not to appeal a judgment in excess of the "retained limit", we may do so at our own expense. We will be liable for taxable costs, pre- and postjudgment interest and disbursements.

2. **Bankruptcy**

   a. **Bankruptcy Of Insured**

      Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

   b. **Bankruptcy Of Underlying Insurer**

      Bankruptcy of the "underlying insurer" will not relieve us of our obligations under this Coverage Part.

   However, this insurance will not replace the "underlying insurance" in the event of bankruptcy or insolvency of the "underlying insurer". This insurance will apply as if the "underlying insurance" were in full effect.

3. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense, regardless of the amount, which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

4. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

5. **Other Insurance**

   a. This insurance is excess over, and shall not contribute with any of the other insurance, whether primary, excess, contingent or on any other basis. This condition will not apply to insurance specifically written as excess over this Coverage Part.

© ISO Properties, Inc., 2007

CU 00 01 12 07

 **Frankenmuth** INSURANCE

INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY

*Page 14 of 19*

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

b. When this insurance is excess over other insurance, we will pay only our share of the "ultimate net loss" that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

6. **Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

7. **Representations Or Fraud**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us;

c. We have issued this policy in reliance upon your representations; and

d. This policy is void in any case of fraud by you as it relates to this policy or any claim under this policy.

8. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

9. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

10. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

11. **Loss Payable**

Liability under this Coverage Part shall not apply unless and until the insured or insured's "underlying insurer" has become obligated to pay the "retained limit". Such obligation by the insured to pay part of the "ultimate net loss" shall have been previously determined by a final settlement or judgment after an actual trial or written agreement between the insured, claimant, and us.

12. **Transfer Of Defense**

When the underlying limits of insurance have been used up in the payment of judgments or settlements, the duty to defend will be transferred to us. We will cooperate in the transfer of control to us of any outstanding claims or "suits" seeking damages to which this insurance applies which would have been covered by the "underlying insurance" had the applicable limit not been used up.



**INSURER:   FRANKENMUTH MUTUAL INSURANCE COMPANY**   *Page 15 of 19*

**NAMED INSURED**        POLICY NO.        POLICY TERM                AGENT NO.
BROWN'S CLEARING INC     CPP6353400        03/13/2017  to  03/13/2018     **0010074**

13. **Maintenance Of/Changes To Underlying Insurance**

The "underlying insurance" listed in the Schedule of "underlying insurance" in the Declarations shall remain in full effect throughout the policy period except for reduction of the aggregate limit due to payment of claims, settlement or judgments.

Failure to maintain "underlying insurance" will not invalidate this insurance. However, this insurance will apply as if the "underlying insurance" were in full effect.

If there is an increase in the scope of coverage of any "underlying insurance" during the term of this policy, our liability will be no more than it would have been if there had been no such increase.

You must notify us as soon as practicable when any "underlying insurance" is no longer in effect or if the limits or scope of coverage of any "underlying insurance" is changed.

14. **Expanded Coverage Territory**

a. If a "suit" is brought in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the insured, the insured will initiate a defense of the "suit". We will reimburse the insured, under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

If the insured becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the insured's behalf, we will reimburse the insured for such sums.

b. All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the insured became legally obligated to pay such sums. All payments or reimbursements we make for expenses under Supplementary Payments will be made in U.S. currency at the prevailing exchange rate at the time the expenses were incurred.

c. Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Canada or Puerto Rico.

d. The insured must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits due to payments of claims, judgments or settlements.

Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance. However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect.

**SECTION V -- DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

CU 00 01 12 07

FMIC
0070

 **Frankenmuth**
INSURANCE

INSURER:  **FRANKENMUTH MUTUAL INSURANCE COMPANY**

NAMED INSURED
BROWN'S CLEARING INC

POLICY NO.
CPP6353400

POLICY TERM
03/13/2017  to  03/13/2018

*Page 16 of 19*

AGENT NO.
**0010074**

---

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, disability, sickness, or disease sustained by a person, including death resulting from any of these at any time. "Bodily injury" includes mental anguish or other mental injury resulting from "bodily injury".

4. "Coverage territory" means anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

5. "Covered auto" means only those "autos" to which "underlying insurance" applies.

6. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

7. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work", or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

g. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraphs f. and g. do not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   (2) That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

   (3) That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a "covered auto" over a route or territory that person or organization is authorized to serve by public authority.

---

© ISO Properties, Inc., 2007

CU 00 01 12 07



INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY**

*Page 17 of 19*

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      (1) Power cranes, shovels, loaders, diggers or drills; or

      (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      (2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   (1) Equipment designed primarily for:

      (a) Snow removal;

      (b) Road maintenance, but not construction or resurfacing; or

      (c) Street cleaning;

   (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

© ISO Properties, Inc., 2007

CU 00 01 12 07



INSURER:  FRANKENMUTH MUTUAL INSURANCE COMPANY

NAMED INSURED
BROWN'S CLEARING INC

POLICY NO.
CPP6353400

POLICY TERM
03/13/2017  to  03/13/2018

*Page 18 of 19*

AGENT NO.
**0010074**

e.  Oral or written publication, in any manner, of material that violates a person's right of privacy;

f.  The use of another's advertising idea in your "advertisement"; or

g.  Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15.  "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16.  "Pollution cost or expense" means any loss, cost or expense arising out of any:

a.  Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

b.  Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

17.  "Products-completed operations hazard":

a.  Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1)  Products that are still in your physical possession; or

(2)  Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a)  When all of the work called for in your contract has been completed.

(b)  When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c)  When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b.  Does not include "bodily injury" or "property damage" arising out of:

(1)  The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

(2)  The existence of tools, uninstalled equipment or abandoned or unused materials.

18.  "Property damage" means:

a.  Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b.  Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

With respect to the ownership, maintenance or use of "covered autos", property damage also includes "pollution cost or expense", but only to the extent that coverage exists under the "underlying insurance" or would have existed but for the exhaustion of the underlying limits.

For the purposes of this insurance, with respect to other than the ownership, maintenance or use of "covered autos", electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

© ISO Properties, Inc., 2007

CU 00 01 12 07

FMIC
0073



| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017  to  03/13/2018 | **0010074** |

19. "Retained limit" means the available limits of "underlying insurance" scheduled in the Declarations or the "self-insured retention", whichever applies.

20. "Self-insured retention" means the dollar amount listed in the Declarations that will be paid by the insured before this insurance becomes applicable only with respect to "occurrences" or offenses not covered by the "underlying insurance". The "self-insured retention" does not apply to "occurrences" or offenses which would have been covered by "underlying insurance" but for the exhaustion of applicable limits.

21. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

    a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent or the "underlying insurer's" consent.

22. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

23. "Ultimate net loss" means the total sum, after reduction for recoveries or salvages collectible, that the insured becomes legally obligated to pay as damages by reason of settlement or judgments or any arbitration or other alternate dispute method entered into with our consent or the "underlying insurer's" consent.

24. "Underlying insurance" means any policies of insurance listed in the Declarations under the Schedule of "underlying insurance".

25. "Underlying insurer" means any insurer who provides any policy of insurance listed in the Schedule of "underlying insurance".

26. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

27. "Your product":

    a. Means:

        (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

            (a) You;

            (b) Others trading under your name; or

            (c) A person or organization whose business or assets you have acquired; and

        (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

    b. Includes:

        (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

        (2) The providing of or failure to provide warnings or instructions.

    c. Does not include vending machines or other property rented to or located for the use of others but not sold.

28. "Your work":

    a. Means:

        (1) Work or operations performed by you or on your behalf; and

        (2) Materials, parts or equipment furnished in connection with such work or operations.

    b. Includes:

        (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

        (2) The providing of or failure to provide warnings or instructions.

 **Frankenmuth** INSURANCE

INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY

| **NAMED INSURED** | **POLICY NO.** | **POLICY TERM** | **AGENT NO.** |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## Recording And Distribution Of Material Or Information In Violation Of Law Exclusion

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

A. Exclusion u. of Paragraph 2. **Exclusions** of Section I -- **Coverage A -- Bodily Injury And Property Damage Liability** is replaced by the following:

2. **Exclusions**

This insurance does not apply to:

u. **Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

B. Exclusion a.(17) of Paragraph 2. **Exclusions** of Section I -- **Coverage B -- Personal And Advertising Injury Liability** is replaced by the following:

2. **Exclusions**

This insurance does not apply to:

a. "Personal and advertising injury":

(17) **Recording And Distribution Of Material Or Information In Violation Of Law**

Arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(a) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(b) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(c) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

(d) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

© Insurance Services Office, Inc., 2008

CU 00 04 05 09

 **Frankenmuth** INSURANCE    INSURER:  **FRANKENMUTH MUTUAL INSURANCE COMPANY**

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017  to  03/13/2018 | **0010074** |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## Contractual Liability Limitation

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

The definition of "insured contract" in the **Definitions** Section is replaced by the following:

"Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

Paragraph f. does not include that part of any contract or agreement:

1. That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

2. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a "covered auto" over a route or territory that person or organization is authorized to serve by public authority.

© ISO Properties, Inc., 2005

CU 21 07 12 05



| | | | |
|---|---|---|---|
| **Frankenmuth** INSURANCE | INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY** | | *Page 1 of 2* |
| | **NAMED INSURED** BROWN'S CLEARING INC | **POLICY NO.** CPP6353400 | **POLICY TERM** 03/13/2017 to 03/13/2018 | **AGENT NO.** **0010074** |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## Nuclear Energy Liability Exclusion Endorsement (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

I. The insurance does not apply:

A. Under any Liability Coverage, to "bodily injury" or "property damage":

(1) With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

(1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an insured or (b) has been discharged or dispersed therefrom;

(2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an insured; or

(3) The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

II. As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

© ISO Properties, Inc., 2001

CU 21 23 02 02

**Frankenmuth** INSURANCE

INSURER:   FRANKENMUTH MUTUAL INSURANCE COMPANY

*Page 2 of 2*

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

"Nuclear facility" means:

  (a) Any "nuclear reactor";

  (b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

  (c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

  (d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2001

CU 21 23 02 02

FMIC
0078

 **Frankenmuth** INSURANCE

| | |
|---|---|
| **INSURER:** | **FRANKENMUTH MUTUAL INSURANCE COMPANY** |

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## Fungi Or Bacteria Exclusion

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

A. The following exclusion is added to Paragraph 2., **Exclusions** of **Section I -- Coverage A -- Bodily Injury And Property Damage Liability:**

2. **Exclusions**

This insurance does not apply to:

**FUNGI OR BACTERIA**

a. "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

B. The following exclusion is added to Paragraph 2., **Exclusions** of **Section I -- Coverage B -- Personal And Advertising Injury Liability:**

2. **Exclusions**

This insurance does not apply to:

**FUNGI OR BACTERIA**

a. "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

b. Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

C. The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

CU 21 27 12 04
FMIC
0079

 **Frankenmuth** INSURANCE    INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY

| | | | |
|---|---|---|---|
| **NAMED INSURED**<br>BROWN'S CLEARING INC | **POLICY NO.**<br>CPP6353400 | **POLICY TERM**<br>03/13/2017 to 03/13/2018 | **AGENT NO.**<br>**0010074** |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## Cap On Losses From Certified Acts Of Terrorism

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

A.  If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1.  The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

B.  The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

CU 21 30 01 15

FMIC
0080



| | | |
|---|---|---|
| **INSURER:** **FRANKENMUTH MUTUAL INSURANCE COMPANY** | | *Page 1 of 2* |
| **NAMED INSURED** BROWN'S CLEARING INC | **POLICY NO.** CPP6353400 **POLICY TERM** 03/13/2017 to 03/13/2018 | **AGENT NO.** **0010074** |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## Conditional Exclusion Of Terrorism (Relating To Disposition Of Federal Terrorism Risk Insurance Act)

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A. Applicability Of The Provisions Of This Endorsement**

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Part; or

   b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

      (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

      (2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

      (3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

2. If the provisions of this endorsement become applicable, such provisions:

   a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and

   b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   a. That involve the following or preparation for the following:

      (1) Use or threat of force or violence; or

CU 21 44 01 15

FMIC
0081

 **Frankenmuth** INSURANCE

| INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY** | | | *Page 2 of 2* |
|---|---|---|---|
| **NAMED INSURED**<br>BROWN'S CLEARING INC | **POLICY NO.**<br>CPP6353400 | **POLICY TERM**<br>03/13/2017 to 03/13/2018 | **AGENT NO.**<br>**0010074** |

(2) Commission or threat of a dangerous act; or

(3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

b. When one or both of the following applies:

(1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

(2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury or damage" means any injury or damage covered under any Coverage Part or underlying insurance to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or underlying insurance.

C. The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

a. Physical injury that involves a substantial risk of death; or

b. Protracted and obvious physical disfigurement; or

c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs C.5. or C.6. are exceeded.

With respect to this Exclusion, Paragraphs C.5. and C.6. describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

CU 21 44 01 15
FMIC
0082

 **Frankenmuth** INSURANCE

INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY**

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | **CPP6353400** | 03/13/2017 to 03/13/2018 | **0010074** |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## Silica Or Silica-Related Dust Exclusion

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

A.  The following exclusion is added to Paragraph 2., **Exclusions** of **Section I -- Coverage A -- Bodily Injury And Property Damage Liability:**

    2.  **Exclusions**

        This insurance does not apply to:

        **SILICA OR SILICA-RELATED DUST**

        a.  "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

        b.  "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

        c.  Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

B.  The following exclusion is added to Paragraph 2., **Exclusions** of **Section I -- Coverage B -- Personal And Advertising Injury Liability:**

    2.  **Exclusions**

        This insurance does not apply to:

        **SILICA OR SILICA-RELATED DUST**

        a.  "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

        b.  Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

C.  The following definitions are added to the **Definitions** Section:

    1.  "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

    2.  "Silica-related dust" means a mixture or combination of silica and other dust or particles.

© ISO Properties, Inc., 2004

CU 21 50 03 05

FMIC
0083



| | INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY | | | *Page 1 of 2* |
|---|---|---|---|---|
| **NAMED INSURED**<br>BROWN'S CLEARING INC | **POLICY NO.**<br>CPP6353400 | **POLICY TERM**<br>03/13/2017 to 03/13/2018 | | **AGENT NO.**<br>**0010074** |

## Common Policy Conditions

All Coverage Parts included in this policy are subject to the following conditions.

### A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

### B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

### C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

### D. INSPECTIONS AND SURVEYS

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

### E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

### F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

© Copyright, Insurance Services Office, Inc., 1998

IL 00 17 11 98



| INSURER: | FRANKENMUTH MUTUAL INSURANCE COMPANY | | | *Page 2 of 2* |
|---|---|---|---|---|
| **NAMED INSURED** BROWN'S CLEARING INC | | **POLICY NO.** CPP6353400 | **POLICY TERM** 03/13/2017  to  03/13/2018 | **AGENT NO.** **0010074** |

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

© Copyright, Insurance Services Office, Inc., 1998

IL 00 17 11 98

FMIC

0085

 **Frankenmuth** INSURANCE

| INSURER: | FRANKENMUTH MUTUAL INSURANCE COMPANY | | *Page 1 of 2* |
|---|---|---|---|

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN
RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT.
THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND
CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

## Disclosure Pursuant To
## Terrorism Risk Insurance Act

### SCHEDULE

| SCHEDULE - PART I |
|---|
| **Terrorism Premium (Certified Acts)    $** |
| **This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):** |
| |
| **Additional information, if any, concerning the terrorism premium:** |
| |

| SCHEDULE - PART II | | | |
|---|---|---|---|
| **Federal share of terrorism losses** | **85** | **% Year: 20** | **15** |
| | **84** | **% Year: 20** | **16** |
| | **83** | **% Year: 20** | **17** |
| | **82** | **% Year: 20** | **18** |
| | **81** | **% Year: 20** | **19** |
| | **80** | **% Year: 20** | **20** |
| (Refer to Paragraph B. in this endorsement.) | | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.  Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B.  Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part II of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

© Insurance Services Office, Inc., 2015

IL 09 85 01 15

FMIC
0086



| INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY | | | Page 2 of 2 |
| --- | --- | --- | --- |
| NAMED INSURED<br>BROWN'S CLEARING INC | POLICY NO.<br>CPP6353400 | POLICY TERM<br>03/13/2017 to 03/13/2018 | AGENT NO.<br>**0010074** |

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015

IL 09 85 01 15

FMIC
0087

 **Frankenmuth** INSURANCE

INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY**

| **NAMED INSURED** | **POLICY NO.** | **POLICY TERM** | **AGENT NO.** |
|---|---|---|---|
| BROWN'S CLEARING INC | **CPP6353400** | 03/13/2017 to 03/13/2018 | **0010074** |

## Membership Information

**Mutual Insurance Company Conditions:**

The policyholder is a member of the Company and shall participate to the extent and upon the conditions fixed and determined by the Board of Directors in accordance with the provisions of law, in the distribution of dividends so fixed and determined.

**Non-Assessable:**

This policy is non-assessible and the premiums designated herein, and in the endorsements attached hereto, are the only premiums for which the insured shall be liable.

**Notice of Annual Meeting:**

The annual meeting of this company shall be held on the last Tuesday in April of each year, at 2:30 o'clock P.M. at its home office in Frankenmuth, Michigan, or in such other place as the Secretary may designate by advertisement and/or notice, duly posted at said office.

*Fred C. Edwards*

President

05671(7-10)

 **Frankenmuth**
INSURANCE

| INSURER: | FRANKENMUTH MUTUAL INSURANCE COMPANY | | |
|---|---|---|---|
| **NAMED INSURED** | **POLICY NO.** | **POLICY TERM** | **AGENT NO.** |
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## General Liability Limitation

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

A. The following exclusion is added to Paragraph 2., **Exclusions** of **Section I -- Coverage A -- Bodily Injury And Property Damage Liability:**

Except for coverage provided by valid "underlying insurance" this insurance does not apply to "bodily injury" or "property damage" arising out of:

1. The ownership, maintenance or use of the premises shown in the schedule of "underlying insurance" or any property located on these premises;

2. Operations on those premises or elsewhere, which are necessary or incidental to the ownership, maintenance or use of those premises;

3. Goods or products manufactured at or distributed from those premises; or

4. The "products-completed operations hazard".

This insurance will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance.

B. The following exclusion is added to Paragraph 2., **Exclusions** of **Section I -- COVERAGE B -- Personal And Advertising Injury Liability:**

This insurance does not apply to "personal and advertising injury" arising out of:

1. The ownership, maintenance or use of the premises shown in the schedule of "underlying insurance" or any property located on these premises;

2. Operations on those premises or elsewhere, which are necessary or incidental to the ownership, maintenance or use of those premises;

3. Goods or products manufactured at or distributed from those premises; or

4. The "products-completed operations hazard".

This insurance will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

05681(4-07)

FMIC
0089

 **Frankenmuth**
INSURANCE

INSURER:  FRANKENMUTH MUTUAL INSURANCE COMPANY

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017  to  03/13/2018 | **0010074** |

## Witness Clause

In Witness Whereof, the company has caused this policy to be executed and attested, and if required by state law, this policy shall not be valid unless countersigned by duly authorized representatives of the company.

_____
President

_____
Secretary

08826(7-10)

FMIC
0090

 **Frankenmuth**
INSURANCE

INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY**

| **NAMED INSURED** | **POLICY NO.** | **POLICY TERM** | **AGENT NO.** |
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## Pollution Exclusion

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

Exclusion **i.** under Paragraph **2. Exclusions** of **Section I -- Coverages** is replaced by the following:

This insurance does not apply to:

**i.   Pollution**

(1) "Bodily injury" or "property damage" which would not have occurred in whole or in part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time; or

(2) "Pollution cost or expense".

Exception

This exclusion does not apply if valid "underlying insurance" exists or would have existed but for the exhaustion of underlying limits for "Bodily Injury" or "Property Damage" or "Pollution cost or expense" arising from subparagraphs (1) and (2) respectively under part i Pollution. Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance".

The exception described above does not apply to this insurance where valid "underlying insurance" includes any of the following forms:

**CA 99 48 Pollution Liability -- Broadened Coverage for Covered Autos -- Business Auto, Motor Carrier and Truckers Coverage Forms**

**08827 Pollution Liability -- Broadened Coverage for Covered Autos -- Business Auto, Motor Carrier and Truckers Coverage Forms**

**08828 Pollution Liability -- Broadened Coverage for Covered Autos -- Garage Coverage Form**

**97240 Business Auto Plus**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

14065(1-14)

FMIC
0091

 **Frankenmuth**
I N S U R A N C E

INSURER:  FRANKENMUTH MUTUAL INSURANCE COMPANY

| **NAMED INSURED** | **POLICY NO.** | **POLICY TERM** | **AGENT NO.** |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017  to  03/13/2018 | **0010074** |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## Absolute Asbestos Exclusion

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

This insurance does not apply to "bodily injury" or "property damage" arising, in whole or in part, out of or in any way related to asbestos.

The term asbestos, as used in this exclusion, includes but is not limited to, asbestos, asbestos products, asbestos fibers, asbestos dust and asbestos contained in products or materials.

94093(9-05)

FMIC
0092

 **Frankenmuth** INSURANCE

INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY**

| **NAMED INSURED** | **POLICY NO.** | **POLICY TERM** | **AGENT NO.** |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## Lead Contamination Exclusion

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    BUSINESSOWNERS COVERAGE FORM
    COMMERCIAL GENERAL LIABILITY COVERAGE FORM
    COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
    GARAGE COVERAGE FORM
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART

This insurance does not apply to:

1. "Bodily injury", "property damage", "personal injury" or "personal and advertising injury" arising out of, resulting from, or in any way caused or contributed to by the actual, alleged or threatened ingestion, inhalation, absorption of, exposure to, or presence of lead in any form emanating from any source; or

2. Any loss, cost or expense arising out of any:

   a. Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of lead; or

   b. Claim or "suit" by or on behalf of any governmental authority for damages resulting from testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effects of lead.

We will not be obligated to investigate, defend or indemnify any insured or any other person or entity claiming any right under this insurance, for the matters excluded in this endorsement.



**Frankenmuth**
INSURANCE

INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY

| **NAMED INSURED** | **POLICY NO.** | **POLICY TERM** | **AGENT NO.** |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2017 to 03/13/2018 | **0010074** |

## Your General Liability Policy is Subject to Audit

### AUDITS ARE NECESSARY AND IMPORTANT

The Company's role is to provide your business with quality insurance protection at a fair price. To determine a premium for Commercial Liability exposure, we measure (audit) the rating base (payroll, sales, total cost, number of employees, etc.) for computing your premium at the end of the policy term. Audits assure you will only pay premium for your actual business operation exposure to loss.

Examination of your records is a necessary part of determining the correct and fair premium for your insurance needs. A representative of the Company will make arrangements to review your accounting records. With your cooperation, the audit will be conducted quickly and with little disruption to your business routine.

### ESTIMATED VS. AUDITED PREMIUM

When you purchase a Commercial Liability policy, **the initial premium is based on your best estimate of the rating base (payroll, sales, total cost, number of employees etc.) for the policy term.** At the end of your policy term, we perform an audit to determine the final premium by comparing your estimated rating base to your actual rating base. (A minimum payroll may apply in some situations). The audit additional or return premium will be applied to any open balance on your account.

### RECORD KEEPING

The audit is relatively simple. Records needed may include: Employers Quarterly Federal Tax Returns Form 941, State Quarterly Tax Returns, W-2's, wage detail reports/journals, the general ledger, and sales journals. Information collected from these records may include:

* **Sales/Receipts:**

    The gross amount charged by you for:
    * All goods or products sold or distributed
    * Operations performed during the policy period
    * Rentals
    * Dues or fees

* **Payroll**:
    * Employee salaries, gross wages, commissions and bonuses (Premium portion of overtime pay is excluded if identified in records. Example: Time-and-a-half – deduct 1/3 of total overtime pay.)
    * Holidays, vacations and sick pay
    * Payments for piecework, profit sharing or incentive plans
    * Meals, lodging, merchandise, or any other gift, perk, or presentation that can be construed as pay
    * Payroll of leased workers (whether or not the labor leasing firm provides a general liability certificate of insurance)

Your cooperation in providing the auditor with these records will speed up the audit process.

* **Number of Employees**

    Your documentation should include all individuals actively employed during the policy term. Hire and termination dates may be required.

* **Total Cost**

    The total of all labor, material, and equipment furnished, used or delivered for use in the execution of the work.

* **Job Descriptions**

    Classification of employees is based on the work they perform on a daily, weekly and monthly basis.

### OTHERS YOU HIRE (Definition and Insurance Coverage Required)

* **Temporary Labor (Subcontractors)** are individuals or business firms contracted to perform part or all of the job undertaken by you. You should require temporary labor to supply you with evidence of General Liability insurance coverage (Certificates of Insurance or a copy of their General Liability Insurance policy) before they start to work for you.

    * Insured Temporary Labor are included at total cost of all work let or sublet. Coverage protects you from vicarious liability arising out of torts, negligent hiring of incompetent temporary laborers, or when the temporary laborer does not have adequate coverage limits.

    * Uninsured Temporary Labor - A temporary laborer without insurance is charged based on the type of work performed. Uninsured temporary laborers are charged at total cost unless the records clearly show a separation for labor and materials. We will then exclude the material cost and the amount for labor is charged.

    * Casual Labor - Employment that is casual and not in the usual course of trade, business, profession or occupation of the employer. It is characterized as irregular, unpredictable, sporadic and brief in nature.

 **Frankenmuth** INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY**
INSURANCE

**NAMED INSURED**
BROWN'S CLEARING INC

**POLICY NO.**
**CPP6353400**

**POLICY TERM**
03/13/2017 to 03/13/2018

**AGENT NO.**
**0010074**

---

*We are your Partners in Safety...*
# LOSS CONTROL

Whether your goal is to establish a safety program or improve the one you already have, our website has tools to help you reach your goal!

## VISIT OUR WEBSITE: To visit our website go to www.fmins.com.
Select Commercial and Safety Services.

## WEBSITE SAFETY LINKS: Our links to general safety websites will connect you to websites providing free safety information. Some of the links available to you are:

### OSHA

Great resource to download forms and answer questions on OSHA accident record keeping requirements (forms 300 and 300A). They have an alphabetical search to help you find just about any topic.

### National Safety Council

The premier organization for safety programs, defensive driving, Safety & Health Magazine, safety poster services, etc. You can subscribe to obtain full services as offered on this website.

### Federal Motor Carrier Safety Administration

If you have vehicles requiring Commercial Drivers Licenses (CDL), this is an excellent site for Rules & Regulations, Registration & Licensing, Forms, and Safety and Security.

## SAMPLE SAFETY PROGRAMS: If you need to start a written program, scroll down to our sample safety programs menu where you can download our sample safety programs in Microsoft Word. Among available sample programs are Bloodborne Pathogens, Confined Space, Construction Safety, Drug & Alcohol, Emergency Planning, Excavation, Fall Protection, Fire Prevention, First Aid & Medical Management, Flammable Liquids, Forklift, Hazard Communications, Hearing Conservation, Industrial Safety, Self-Inspections, Job Safety Analysis, Lockout-Tagout, Personal Protective Equipment, Respirators, Retail Safety, Return to Work, Safety Committees, Scaffolds, Vehicles/Fleet Safety.

For additional assistance with your safety effort, contact our Loss Control team at 1-800-290-7494 extension 2520.

*The following limits our liability. We, the insurance company, our agents, employees, or service contractors, are not liable for damages from injury, death or loss occurring as a result of any act or omission in the furnishing of or the failure to furnish insurance inspection services related to, in connection with or incidental to the issuance or renewal of a policy of property or casualty insurance.*



1 MUTUAL AVENUE
FRANKENMUTH, MI
48787-0001

**Frankenmuth®**
I N S U R A N C E

POLICY NO. **CPP6353400**    AGENT NO. **0010074**

# Separate bill to follow.

*RENEWAL*

# Declaration

# COMMERCIAL
POLICY

BROWN'S CLEARING INC
PO BOX 190
ELMORE, AL 36025

BROWN'S CLEARING INC
PO BOX 190
ELMORE, AL 36025

### *Your 10-minute Insurance Checkup*

Thank you for renewing your Commercial Coverage with us
for the upcoming year.  This package includes:

- Declarations which list your specific coverages, limits,
  and premiums.
- Forms and endorsements (If there have been changes
  within the past year or if you have added coverages).

***Please review this package and add it to your other
insurance papers in a convenient place for reference.***

### *KEEPING YOUR COVERAGE UP TO DATE*



Each year, if labor rates or material costs
change in your area, the value of your
property, and the cost to repair or replace it
may change.  Structural modifications or
additions to existing property may also alter
your overall property value.  In order to keep
adequate levels of coverage on your property,
we recommend periodic policy reviews with
your agent.

### *COVERAGE ENHANCEMENTS*

Your Commercial Policy may contain Property and Liability
coverage.  Many additional coverage enhancements are
available to meet the specific needs of your business, from
Umbrella Liability, Employment Practices Liability, Equipment
Breakdown coverage, and E-Commerce protection.  Contact
your agent today for details on any of these and other special
coverage options.

### *A COMPANY YOU CAN TRUST*



You have placed your trust in a company which has
a Best's Rating of "A."  This rating is a sign of our
financial strength and ability to meet our financial
obligations to policyholders.  Our "A" rating says you
can count on us to have the resources necessary to
meet our coverage promises, and affirms our
position as one of the industry's most financially
sound insurance carriers.

If you have any billing questions, call 1-800-288-6121.
Please have your billing account number available to
access your account information.

**We value our relationship and look forward to continuing to
serve you.**

FMIC
0096

 **Frankenmuth** INSURANCE

| INSURER: | FRANKENMUTH MUTUAL INSURANCE COMPANY | | | |
|---|---|---|---|---|
| NAMED INSURED | | POLICY NO. | POLICY TERM | AGENT NO. |
| BROWN'S CLEARING INC | | CPP6353400 | 03/13/2018 to 03/13/2019 | **0010074** |

## Policyholder Disclosure
## Notice of Terrorism Insurance Coverage
## (Commercial Policies Except Commercial Auto,
## Commercial Umbrella, Employment Related Practices,
## Commercial Inland Marine and Workers' Compensation)

DATE ISSUED: 02/06/2018

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, that you have a right to purchase insurance coverage for losses resulting from acts of terrorism, as defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury - in concurrence with the Secretary of State, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM, SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES A PERCENTAGE OF COVERED TERRORISM LOSSES WHICH MAY EXCEED THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS THAT MAY BE COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

**GEORGIA, ILLINOIS, MAINE, NORTH CAROLINA, WISCONSIN:** In these states, a terrorism exclusion makes an exception for (and thereby provides coverage for) fire losses resulting from an act of terrorism. Therefore, if you reject the offer of terrorism coverage, that rejection does not apply to fire losses resulting from an act of terrorism - coverage for such fire losses will be provided in your policy (if this is a renewal policy: **will continue to be provided in your policy).** The additional premium just for such fire coverage is stated below. If you reject the offer described above for terrorism coverage, this premium is due.

### Acceptance or Rejection of Terrorism Insurance Coverage

☐ I hereby elect to purchase terrorism coverage for a prospective premium of $ __waived__ .

☐ I hereby decline to purchase terrorism coverage for certified acts of terrorism. I understand that an **exclusion** of certain terrorism losses will be made part of the policy.

If you decline this offer, the premium for terrorism (fire only) coverage is $ __waived__ .

_____     _____     _____
Policyholder/Applicant's Signature                  Print Name                        Date

Includes copyrighted material of the National Association of Insurance Commissioners, with its permission.

FM-1128(1-15)

 **Frankenmuth**
INSURANCE

INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY**

| **NAMED INSURED** | **POLICY NO.** | **POLICY TERM** | **AGENT NO.** |
|---|---|---|---|
| BROWN'S CLEARING INC | **CPP6353400** | 03/13/2018 to 03/13/2019 | **0010074** |

## Policyholder Disclosure
## Notice of Terrorism Insurance
## Coverage (Commercial Liability
## Umbrella Coverage Part)

**DATE ISSUED:** 02/06/2018

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, that you have a right to purchase insurance coverage for losses resulting from acts of terrorism, as defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury - in concurrence with the Secretary of State, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM, SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES A PERCENTAGE OF COVERED TERRORISM LOSSES WHICH MAY EXCEED THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS THAT MAY BE COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

**Acceptance or Rejection of Terrorism Insurance Coverage**

☐ I hereby elect to purchase terrorism coverage for a prospective premium of $_____ .

☐ I hereby decline to purchase terrorism coverage for certified acts of terrorism. I understand that I will have no coverage for losses resulting from certified acts of terrorism.

_____          _____          _____
**Policyholder/Applicant's Signature**          **Print Name**          **Date**

Includes copyrighted material of the National Association of Insurance Commissioners, with its permission.          FM-1134(1-15)

 **Frankenmuth**
INSURANCE

INSURER:  FRANKENMUTH MUTUAL INSURANCE COMPANY

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2018  to  03/13/2019 | **0010074** |

## Notice to Policyholders
## Restrictions of Coverage

This notice has been prepared in conjunction with the implementation of changes to your policy. It contains a brief synopsis of any significant broadenings, restrictions and clarifications of coverage. This notice does not reference every editorial change made in the endorsement. No coverage is provided by this notice nor can it be construed to replace any provisions of your policy.

Please read your policy, and the endorsements attached to your policy, carefully. If there is any conflict between the policy and this notice, **the provisions of the policy will prevail.**

We are advising you of change(s) in coverage to your insurance policy/policies. Only those coverages specified below are affected.

Pollution Exclusion form 14065(1-14) has been added to your Commercial Umbrella limiting pollution coverage to only what is provided on your Business Auto policy with one of the following forms:

CA 99 48 Pollution Liability -- Broadened Coverage for Covered Autos
08827 Pollution Liability -- Broadened Coverage for Covered Autos
08828 Pollution Liability -- Broadened Coverage for Covered Autos -- Garage Coverage Form
97240 Business Auto Plus

FM-1753(1-14)

FMIC
0099

 **Frankenmuth** INSURANCE

| | INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY | | | |
|---|---|---|---|---|
| **NAMED INSURED** | | **POLICY NO.** | **POLICY TERM** | **AGENT NO.** |
| BROWN'S CLEARING INC | | **CPP6353400** | 03/13/2018  to  03/13/2019 | **0010074** |

## Notice to Policyholders

This Notice does **not** form a part of your insurance contract. The Notice is designed to advise you concerning applicability and potential applicability of the endorsements to your policy that address potential terrorism losses.

Carefully read your policy, including the endorsements attached to your policy.

The Terrorism Risk Insurance Act established a program (Terrorism Risk Insurance Program, "the federal Program") within the Department of the Treasury, under which the federal government would share, with the insurance industry, the risk of loss from terrorist attacks. That Program, which was scheduled to terminate at the end of December 31, 2014, was subsequently reauthorized by Congress. Specifically, Congress passed legislation to continue the federal Program by reauthorizing it with changes, including extending the termination date from December 31, 2014 to December 31, 2020, instead of allowing the federal Program to terminate and establishing a new program. President Obama signed the related legislation on January 12, 2015.

Prior to reauthorization of the federal Program, we endorsed your policy with two types of terrorism forms -- one which addresses the federal Program and one which recognizes the fact that the federal Program potentially could have terminated at the end of 2014.

The latter endorsement, titled Conditional Exclusion Of Terrorism (Relating To Disposition Of Federal Terrorism Risk Insurance Act), has provisions conditioned on whether or not the federal Program terminates. However, as described above, the federal Program has been reauthorized and extended with a new termination date. Therefore, if this endorsement continues to be endorsed to your policy, it would not have potential effect until the potential December 31, 2020 termination of the federal Program or until such Program is renewed, extended or replaced subject to certain conditions, as provided in the endorsement, through future action by Congress.

Your policy also contains an endorsement titled Cap On Losses From Certified Acts Of Terrorism. At this time, while the federal Program is in effect and your policy is so endorsed, the provisions of this endorsement apply to your policy. Therefore, terrorism coverage applies in accordance with the terms of your policy, as limited by the Cap endorsement. That is, the absence of a terrorism exclusion does not create coverage for any loss that would otherwise be excluded under the terms of the policy, such as losses excluded by the nuclear hazard or war exclusion.

The Terrorism Risk Insurance Program Reauthorization Act of 2015 made various changes to the federal Program, none of which affect the scope of coverage for certified acts of terrorism under your policy. In the future, we may update your policy with a revised endorsement relating to certified acts of terrorism, to recognize procedural changes and revisions to certain terminology under the Act. Also in the future, your premium for certified acts coverage may be revised due to changes to the federal Program that affect federal reimbursement to us in the event of losses from a certified act(s) of terrorism.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FM-1821(1-15)

FMIC
0100

 **Frankenmuth** INSURANCE

*Renewal*

**NAMED INSURED**
BROWN'S CLEARING INC

*Commercial Policy*

**POLICY NO.**
**CPP6353400**

**POLICY TERM**
03/13/2018 to 03/13/2019

*Page 1 of 2*

**AGENT NO.**
**0010074**

---

**NAMED INSURED**
BROWN'S CLEARING INC
PO BOX 190
ELMORE, AL 36025

*RENEWAL*
**Declaration**

*Previous Policy No.* 6353400
**POLICY NO.** **ISSUE DATE**
**CPP 6353400** 02/06/2018

**BILLING ACCOUNT NO.**
6353400000

**POLICY TERM**
03/13/2018 to 03/13/2019

**YOUR AGENCY IS:**
**ASSURED NEACE LUKENS INS AGCY**
5251 HAMPSTEAD HIGH UNIT 200
MONTGOMERY, AL 36116

**FORM OF BUSINESS**
Corporation

**Attach this document
to your policy**

Phone (334)270-6824 Agent No. 0010074-00

**INSURER:** FRANKENMUTH MUTUAL INSURANCE COMPANY

---

## Summary of Coverages and Premiums

### Premiums

*This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment. In return for the payment of the premium, and subject to all the terms of this policy, we agree to provide the insurance as stated in this policy.*

| COVERAGE PARTS | PREMIUM |
|---|---|
| Commercial General Liability Coverage Part | . |
| Premium For Terrorism Coverage | |
| Business Auto Coverage* | |
| Commercial Umbrella* | |

**Total Annual Premium**

*\*Separate policies are provided for these coverages.*

### Policy Locations

**1**
6810 PINECREST DR
ELMORE, AL
ELMORE COUNTY 36025-2013

---

## Billing Information

*Your policy is billed on a monthly basis. A statement of account or payment schedule will be mailed to you shortly.*

| *Renewal* | *Commercial Policy* | | *Page 2 of 2* |
|---|---|---|---|
| **NAMED INSURED**<br>BROWN'S CLEARING INC | **POLICY NO.**<br>CPP6353400 | **POLICY TERM**<br>03/13/2018 to 03/13/2019 | **AGENT NO.**<br>**0010074** |

**Forms and Endorsements**

*The following is a list of the forms and endorsements that make up your policy. Refer to these as needed for detailed information concerning your coverage. Some of these forms were provided when you first purchased your insurance. If you have added new coverages or if the form describing a coverage has changed since you purchased or last renewed your policy, a new copy of the form may be found in this package. An asterisk (*) indicates a new or updated version is included in this package (agent's package will not include updated forms, but will include notices to policyholders).*

| TITLE | FORM NUMBER | EDITION DATE | PREMISES/ BUILDING | |
|---|---|---|---|---|
| ***Policy Level*** | | | | |
| Calculation of Premium | IL0003 | 9-08 | ALL | |
| Common Policy Conditions | IL0017 | 11-98 | ALL | |
| Membership Information | 05671 | 7-10 | ALL | |
| Witness Clause | 08826 | 7-10 | ALL | |
| ***General Liability*** | | | | |
| Commercial General Liability Coverage Form (Occurrence) | CG0001 | 12-07 | ALL | |
| Recording & Dist of Material or Info in Violation of Law Exc | CG0068 | 5-09 | ALL | |
| Contractual Liability Limitation | CG2139 | 10-93 | ALL | |
| Employment-Related Practices Exclusion | CG2147 | 12-07 | ALL | |
| Cap on Losses from Certified Acts of Terrorism | CG2170 | 1-15 | ALL | * |
| Conditional Exclusion of Terrorism | CG2187 | 1-15 | ALL | |
| Silica or Silica-Related Dust Exclusion | CG2196 | 3-05 | ALL | |
| Nuclear Energy Liability Exclusion Endorsement | IL0021 | 9-08 | ALL | |
| Disclosure Pursuant to Terrorism Risk Insurance Act | IL0985 | 1-15 | ALL | * |
| Limited Fungi or Bacteria Coverage | 02547 | 7-11 | ALL | |
| Absolute Asbestos Exclusion | 93068 | 7-11 | ALL | |
| Commercial Liability Plus | 95187 | 3-09 | ALL | |
| Lead Contamination Exclusion | 96210 | 7-11 | ALL | |

 **Frankenmuth** *Renewal*  **Commercial Policy**  **Page 1 of 1**
INSURANCE

| **NAMED INSURED** | **POLICY NO.** | **POLICY TERM** | **AGENT NO.** |
|---|---|---|---|
| BROWN'S CLEARING INC | **CPP6353400** | 03/13/2018 to 03/13/2019 | **0010074** |

**INSURER:** FRANKENMUTH MUTUAL INSURANCE COMPANY

---

## Commercial General Liability Coverage

### Limits of Insurance

| COVERAGE | LIMIT |
|---|---|
| General Aggregate Limit (Other than Products - Completed Operations) | $2,000,000 |
| Products - Completed Operations Aggregate Limit | $2,000,000 |
| Each Occurrence Limit | $1,000,000 |
| Personal and Advertising Injury Limit | $1,000,000 |
| Medical Expense Limit, any one person | $5,000 |
| Fire Damage Limit, any one fire | $500,000 |

### Classification Schedule

| PREMISES | DESCRIPTION AND DETAILS OF CLASSIFICATION | | | | | PREMIUM |
|---|---|---|---|---|---|---|
| **ALL** | COMMERCIAL LIABILITY PLUS | | | | | |
| | STATE | TERRITORY | CLASS CODE | DEDUCTIBLE | PREMIUM BASIS | |
| | AL | 503 | 85010 | None | 1 Flat Charge | |
| | **Premises Operations** | | | | | |
| **1** | GRADING OF LAND | | | | | |
| | STATE | TERRITORY | CLASS CODE | DEDUCTIBLE | PREMIUM BASIS | |
| | AL | 503 | 95410 | None | $0 Payroll | |
| **1** | TREE PRUNING, DUSTING, SPRAYING, REPAIRING, TRIMMING OR FUMIGATING | | | | | |
| | INCLUDING PRODUCTS-COMPLETED OPERATIONS | | | | | |
| | STATE | TERRITORY | CLASS CODE | DEDUCTIBLE | PREMIUM BASIS | |
| | AL | 503 | 99777 | None | $51,640 Payroll | |
| | **Premises Operations** | | | | | |

*Premises Operations - Total Premium*

**Total Commercial General Liability Coverage Premium**



INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY**

| **NAMED INSURED** | **POLICY NO.** | **POLICY TERM** | **AGENT NO.** |
|---|---|---|---|
| BROWN'S CLEARING INC | **CPP6353400** | 03/13/2018 to 03/13/2019 | **0010074** |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## Cap On Losses From Certified Acts Of Terrorism

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

A.  If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1.  The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

B.  The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

CG 21 70 01 15

FMIC
0104


**Frankenmuth**
INSURANCE

INSURER:  FRANKENMUTH MUTUAL INSURANCE COMPANY

**NAMED INSURED**
BROWN'S CLEARING INC

**POLICY NO.**
CPP6353400

**POLICY TERM**
03/13/2018  to  03/13/2019

*Page 1 of 2*

**AGENT NO.**
**0010074**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

## Disclosure Pursuant To
## Terrorism Risk Insurance Act

### SCHEDULE

---

**SCHEDULE - PART I**

**Terrorism Premium (Certified Acts)   $**

**This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):**

**Additional information, if any, concerning the terrorism premium:**

---

**SCHEDULE - PART II**

| Federal share of terrorism losses | | | |
|---|---|---|---|
| 85 | % Year: 20 | 15 |
| 84 | % Year: 20 | 16 |
| 83 | % Year: 20 | 17 |
| 82 | % Year: 20 | 18 |
| 81 | % Year: 20 | 19 |
| 80 | % Year: 20 | 20 |

(Refer to Paragraph B. in this endorsement.)

---

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.  Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B.  Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part II of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

© Insurance Services Office, Inc., 2015

IL 09 85 01 15



INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY

*Page 2 of 2*

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2018 to 03/13/2019 | **0010074** |

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015



| **Frankenmuth** *Renewal* | *Commercial Liability Umbrella Insurance* | *Page 1 of 2* |
|---|---|---|

| **NAMED INSURED** | **POLICY NO.** | **POLICY TERM** | **AGENT NO.** |
|---|---|---|---|
| BROWN'S CLEARING INC | CPP6353400 | 03/13/2018 to 03/13/2019 | **0010074** |

| | | |
|---|---|---|
| Item 1. **NAMED ASSURED AND POLICY ADDRESS** | | *Previous Policy No.* CPP6353400 |
| BROWN'S CLEARING INC | *RENEWAL* | **POLICY NO.** CPP6353400 |
| PO BOX 190 | **Declaration** | **ISSUE DATE** 02/06/2018 |
| ELMORE, AL 36025 | *We value your business and hope to serve you for many years to come.* | **BILLING ACCOUNT NO.** 6353400000 |
| | | **POLICY TERM** |
| **YOUR AGENCY IS:** | **FORM OF BUSINESS** | 03/13/2018 to 03/13/2019 |
| **ASSURED NEACE LUKENS INS AGCY** | Corporation | |
| 5251 HAMPSTEAD HIGH UNIT 200 | | |
| MONTGOMERY, AL 36116 | **Attach this document to your policy** | |

Phone (334) 270-6824 Agent No. 0010074-00

**INSURER:** FRANKENMUTH MUTUAL INSURANCE COMPANY

## Summary of Limits and Premiums

### *Limits of Insurance*

| COVERAGE | LIMIT |
|---|---|
| Each Occurrence Limit(Liability Coverage) | $1,000,000 |
| Personal and Advertising Injury(any one person or organization) | $1,000,000 |
| Aggregate Limit(Liability Coverage)(except with respect to "covered autos") | $1,000,000 |
| Self-insured Retention | $10,000 |
| Premium for Terrorism Coverage | Waived |

**Minimum Premium**        [X] **Flat Annual Premium**

## Forms and Endorsements

*The following is a list of the forms and endorsements that make up your policy. Refer to these as needed for detailed information concerning your coverage. Some of these forms were provided when you first purchased your insurance. If you have added new coverages or if the form describing a coverage has changed since you purchased or last renewed your policy, a new copy of the form may be found in this package. An asterisk (\*) indicates a new or updated version is included in this package (agent's package will not include updated forms, but will include notices to policyholders).*

| TITLE | FORM NUMBER | EDITION DATE | PREMISES/ BUILDING | |
|---|---|---|---|---|
| ***Umbrella*** | | | | |
| Commercial Liability Umbrella Coverage Form | CU0001 | 12-07 | ALL | |
| Recording & Dist of Material or Info in Violation of Law Exc | CU0004 | 5-09 | ALL | |
| Contractual Liability Limitation | CU2107 | 12-05 | ALL | |
| Nuclear Engergy Liability Exclusion Endorsement | CU2123 | 2-02 | ALL | |
| Fungi or Bacteria Exclusion | CU2127 | 12-04 | ALL | |
| Cap on Losses From Certified Acts of Terrorism | CU2130 | 1-15 | ALL | \* |
| Conditional Excl of Terrorism (Relating to Fed Terr Act) | CU2144 | 1-15 | ALL | |
| Silica or Silica-Related Dust Exclusion | CU2150 | 3-05 | ALL | |
| Common Policy Conditions | IL0017 | 11-98 | ALL | |
| Disclosure Pursuant to Terrorism Risk Insurance Act | IL0985 | 1-15 | ALL | \* |
| Pollution Exclusion | 14065 | 1-14 | ALL | |
| Membership Information | 05671 | 7-10 | ALL | |

FMIC
0107

| *Renewal* | *Commercial Liability Umbrella Insurance* | **Page 2 of 2** |
|---|---|---|
| **NAMED INSURED** | **POLICY NO.**   **POLICY TERM** | **AGENT NO.** |
| BROWN'S CLEARING INC | **CPP6353400**   03/13/2018 to 03/13/2019 | **0010074** |

## Forms and Endorsements

| TITLE | FORM NUMBER | EDITION DATE | PREMISES/ BUILDING |
|---|---|---|---|
| General Liability Limitation | 05681 | 4-07 | ALL |
| Witness Clause | 08826 | 7-10 | ALL |
| Absolute Asbestos Exclusion | 94093 | 9-05 | ALL |
| Lead Contamination Exclusion | 96210 | 7-11 | ALL |

## Schedule of Underlying Insurance

### Commercial General Liability - Minimum Applicable Limits

**Carrier -** FRANKENMUTH MUTUAL INS. CO.
**Policy No. -** CPP6353400
**Term -** 03/13/2018 to 03/13/2019

| | |
|---|---|
| General Aggregate | $2,000,000 |
| Products - Completed Operations Aggregate | $2,000,000 |
| Personal and Advertising Injury | $1,000,000 |
| Each Occurrence | $1,000,000 |

### Automobile Liability - Limits

**Carrier -** FRANKENMUTH MUTUAL INS. CO.
**Policy No. -** BA 6353400
**Term -** 03/13/2018 to 03/13/2019

| | |
|---|---|
| BI - Each Person | |
| BI - Each Accident | |
| PD - Each Accident | |
| BI & PD Combined Each Accident | $1,000,000 |

FMIC
0108

 **Frankenmuth**
INSURANCE

INSURER:   FRANKENMUTH MUTUAL INSURANCE COMPANY

| **NAMED INSURED**<br>BROWN'S CLEARING INC | **POLICY NO.**<br>CPP6353400 | **POLICY TERM**<br>03/13/2018  to  03/13/2019 | **AGENT NO.**<br>**0010074** |

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## Cap On Losses From Certified Acts Of Terrorism

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

A.  If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1.  The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

B.  The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

CU 21 30 01 15

 **Frankenmuth**
INSURANCE

| | | |
|---|---|---|
| INSURER: **FRANKENMUTH MUTUAL INSURANCE COMPANY** | | *Page 1 of 2* |

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | **CPP6353400** | 03/13/2018  to  03/13/2019 | **0010074** |

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

## Disclosure Pursuant To
## Terrorism Risk Insurance Act

### SCHEDULE

---

**SCHEDULE - PART I**

**Terrorism Premium (Certified Acts)    $**
**This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):**




**Additional information, if any, concerning the terrorism premium:**


---

**SCHEDULE - PART II**

| Federal share of terrorism losses | | |
|---|---|---|
| **85** | % Year: 20 | **15** |
| **84** | % Year: 20 | **16** |
| **83** | % Year: 20 | **17** |
| **82** | % Year: 20 | **18** |
| **81** | % Year: 20 | **19** |
| **80** | % Year: 20 | **20** |

(Refer to Paragraph B. in this endorsement.)

---

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

**A.  Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B.  Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part II of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

© Insurance Services Office, Inc., 2015

IL 09 85 01 15

FMIC
0110


**Frankenmuth**
INSURANCE

| INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY | | | *Page 2 of 2* |
|---|---|---|---|
| **NAMED INSURED**<br>BROWN'S CLEARING INC | **POLICY NO.**<br>CPP6353400 | **POLICY TERM**<br>03/13/2018 to 03/13/2019 | **AGENT NO.**<br>**0010074** |

C. **Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015

IL 09 85 01 15

FMIC
0111

 **Frankenmuth** INSURER: FRANKENMUTH MUTUAL INSURANCE COMPANY

INSURANCE **NAMED INSURED** **POLICY NO.** **POLICY TERM** **AGENT NO.**
BROWN'S CLEARING INC **CPP6353400** 03/13/2018 to 03/13/2019 **0010074**

## Your General Liability Policy is Subject to Audit

### AUDITS ARE NECESSARY AND IMPORTANT

The Company's role is to provide your business with quality insurance protection at a fair price. To determine a premium for Commercial Liability exposure, we measure (audit) the rating base (payroll, sales, total cost, number of employees, etc.) for computing your premium at the end of the policy term. Audits assure you will only pay premium for your actual business operation exposure to loss.

Examination of your records is a necessary part of determining the correct and fair premium for your insurance needs. A representative of the Company will make arrangements to review your accounting records. With your cooperation, the audit will be conducted quickly and with little disruption to your business routine.

### ESTIMATED VS. AUDITED PREMIUM

When you purchase a Commercial Liability policy, **the initial premium is based on your best estimate of the rating base (payroll, sales, total cost, number of employees etc.) for the policy term.** At the end of your policy term, we perform an audit to determine the final premium by comparing your estimated rating base to your actual rating base. (A minimum payroll may apply in some situations). The audit additional or return premium will be applied to any open balance on your account.

### RECORD KEEPING

The audit is relatively simple. Records needed may include: Employers Quarterly Federal Tax Returns Form 941, State Quarterly Tax Returns, W-2's, wage detail reports/journals, the general ledger, and sales journals. Information collected from these records may include:

* **Sales/Receipts:**

    The gross amount charged by you for:

    * All goods or products sold or distributed
    * Operations performed during the policy period
    * Rentals
    * Dues or fees

* **Payroll**:

    * Employee salaries, gross wages, commissions and bonuses (Premium portion of overtime pay is excluded if identified in records. Example: Time-and-a-half -- deduct 1/3 of total overtime pay.)
    * Holidays, vacations and sick pay
    * Payments for piecework, profit sharing or incentive plans
    * Meals, lodging, merchandise, or any other gift, perk, or presentation that can be construed as pay
    * Payroll of leased workers (whether or not the labor leasing firm provides a general liability certificate of insurance)

Your cooperation in providing the auditor with these records will speed up the audit process.

* **Number of Employees**

    Your documentation should include all individuals actively employed during the policy term. Hire and termination dates may be required.

* **Total Cost**

    The total of all labor, material, and equipment furnished, used or delivered for use in the execution of the work.

* **Job Descriptions**

    Classification of employees is based on the work they perform on a daily, weekly and monthly basis.

### OTHERS YOU HIRE (Definition and Insurance Coverage Required)

* **Temporary Labor (Subcontractors)** are individuals or business firms contracted to perform part or all of the job undertaken by you. You should require temporary labor to supply you with evidence of General Liability insurance coverage (Certificates of Insurance or a copy of their General Liability Insurance policy) before they start to work for you.

    * Insured Temporary Labor are included at total cost of all work let or sublet. Coverage protects you from vicarious liability arising out of torts, negligent hiring of incompetent temporary laborers, or when the temporary laborer does not have adequate coverage limits.

    * Uninsured Temporary Labor - A temporary laborer without insurance is charged based on the type of work performed. Uninsured temporary laborers are charged at total cost unless the records clearly show a separation for labor and materials. We will then exclude the material cost and the amount for labor is charged.

    * Casual Labor - Employment that is casual and not in the usual course of trade, business, profession or occupation of the employer. It is characterized as irregular, unpredictable, sporadic and brief in nature.



**INSURER:** FRANKENMUTH MUTUAL INSURANCE COMPANY

| NAMED INSURED | POLICY NO. | POLICY TERM | AGENT NO. |
|---|---|---|---|
| BROWN'S CLEARING INC | **CPP6353400** | 03/13/2018 to 03/13/2019 | **0010074** |

> *We are your Partners in Safety...*
> # LOSS CONTROL

Whether your goal is to establish a safety program or improve the one you already have, our website has tools to help you reach your goal!

## VISIT OUR WEBSITE: To visit our website go to www.fmins.com.
Select Commercial and Safety Services.

## WEBSITE SAFETY LINKS: Our links to general safety websites will connect you to websites providing free safety information. Some of the links available to you are:

### OSHA

Great resource to download forms and answer questions on OSHA accident record keeping requirements (forms 300 and 300A). They have an alphabetical search to help you find just about any topic.

### National Safety Council

The premier organization for safety programs, defensive driving, Safety & Health Magazine, safety poster services, etc. You can subscribe to obtain full services as offered on this website.

### Federal Motor Carrier Safety Administration

If you have vehicles requiring Commercial Drivers Licenses (CDL), this is an excellent site for Rules & Regulations, Registration & Licensing, Forms, and Safety and Security.

## SAMPLE SAFETY PROGRAMS: If you need to start a written program, scroll down to our sample safety programs menu where you can download our sample safety programs in Microsoft Word. Among available sample programs are Bloodborne Pathogens, Confined Space, Construction Safety, Drug & Alcohol, Emergency Planning, Excavation, Fall Protection, Fire Prevention, First Aid & Medical Management, Flammable Liquids, Forklift, Hazard Communications, Hearing Conservation, Industrial Safety, Self-Inspections, Job Safety Analysis, Lockout-Tagout, Personal Protective Equipment, Respirators, Retail Safety, Return to Work, Safety Committees, Scaffolds, Vehicles/Fleet Safety.

For additional assistance with your safety effort, contact our Loss Control team at 1-800-290-7494 extension 2520.

> *The following limits our liability. We, the insurance company, our agents, employees, or service contractors, are not liable for damages from injury, death or loss occurring as a result of any act or omission in the furnishing of or the failure to furnish insurance inspection services related to, in connection with or incidental to the issuance or renewal of a policy of property or casualty insurance.*